## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* | : | |
| **DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,** | : | |
| **V. RAO NADELLA, M.D., and** | : | **Civil Action No. 04-186E** |
| **MARTIN JACOBS, M.D.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BRADFORD REGIONAL MEDICAL CENTER,** | : | |
| **V & S MEDICAL ASSOCIATES, LLC,** | : | |
| **PETER VACCARO, M.D.,** | : | |
| **KAMRAN SALEH, M.D.,** | : | |
| **and DOES I through XX.** | : | |

### STIPULATION

The parties hereto stipulate and agree that Defendants shall file and serve their response on or before Thursday, August 25, 2005. This Stipulation is filed pursuant to Local Rule 7.2 of the Western District of Pennsylvania and reflects an extension of thirty (30) days. Counsel have discussed by telephone, and it is stipulated to. No extensions of time have previously been requested or required by either party.

1

Respectfully submitted,

*Daniel M. Mulholland III*

Daniel M. Mulholland III

Date:  July 13, 2005

HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213
Phone: 412-687-7677
Fax: 412-687-7692

Attorneys for Defendant
Bradford Regional Medical Center

Date: *July 20, 2005*

~~William H. Maruca, Esquire~~ *Jay D. Marinstein, Esq*

FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA  15222
Phone: 412-391-1334
Fax: 412-391-6984

Attorneys for Defendants
V & S Medical Associates, LLC,
Peter Vaccaro, M.D., and
Kamran Saleh, M.D.

Date: *July 15, 2005*

Andrew M. Stone, Esquire

STONE & STONE
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Attorneys for Relators
Dilbagh Singh, M.D., Paul Kirsch, M.D.,
V. Rao Nadella, M.D., and Martin Jacobs, M.D.

2

147213.1
July 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation has been served on the following individuals by first class United States mail, postage prepaid, addressed as follows:

Daniel M. Mulholland III, Esquire
Horty, Springer & Mattern
4614 Fifth Avenue
Pittsburgh, PA 15213

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, PA 15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

July 26, 2005

Jay D. Marinstein