IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX. | Civil Action No. 04-186E |

## ORDER OF COURT

AND NOW this ____ day of July 2005 after consideration of the within Stipulation, it is hereby ordered, adjudged and decreed that Defendant Bradford Regional Medical Center shall file and serve its responsive pleading on or before August 25, 2005.

Respectfully submitted,

_____
United States District Judge

147212.1
July 13, 2005