AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

UNITED STATES OF AMERICA, ex rel.
DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,
V. RAO NADELLA, M.D., and
MARTIN JACOBS, M.D.,
V.

BRADFORD REGIONAL MEDICAL CENTER,
V & S MEDICAL ASSOCIATES, LLC,
PETER VACCARO, M.D.,
KAMRAN SALEH, M.D.,
and DOES I through XX,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C.A. 04-186E

TO: (Name and address of Defendant)

Bradford Regional Medical Center
116 Interstate Parkway
Bradford, Pa 16701-0218

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA. 15219

an answer to the complaint which is served on you with this summons, within ~~30~~ 70 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                                                   JUN 23 2005

CLERK                                                                           DATE

_[signature]_

(By) DEPUTY CLERK

CASE NO: 2005-10072 T

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF MCKEAN

U.S.A., ET AL

VS

BRADFORD REGIONAL MEDICAL, ETAL

DAVID ENGMAN, Deputy Sheriff of MCKEAN County, Pensylvania, who being duly sworn according to law, says, the within SUMMONS AND COMPLAINT was served upon BRADFORD REGIONAL MEDICAL CENTER the DEFENDANT, at 0011:00 Hour, on the 5th day of July, 2005 at 116 INTERSTATE PARKWAY BRADFORD, PA 16701 by handing to JAMES TARASOVITCH, SENIOR VP a true and attested copy of SUMMONS AND COMPLAINT together with

and at the same time directing His attention to the contents thereof.

Sheriff's Costs:
Total...$ 92.00

So Answers,
DAVID ENGMAN
Deputy Sheriff

Paid Date...07/06/2005
Paid By.....ATTORNEY

Sworn and Subscribed to before me this 6th day of July A.D. 2005

Notary

NOTARIAL SEAL
TARA L. MOREY, NOTARY PUBLIC
KEATING TWP., McKEAN COUNTY
MY COMMISSION EXPIRES FEB. 6, 2006