✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Western | District of | Pennsylvania |
|---|---|---|

UNITED STATES OF AMERICA, ex rel.
DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,
V. RAO NADELLA, M.D., and
MARTIN JACOBS, M.D.,
　　　　　V.

**SUMMONS IN A CIVIL CASE**

BRADFORD REGIONAL MEDICAL CENTER,
V & S MEDICAL ASSOCIATES, LLC,
PETER VACCARO, M.D.,
KAMRAN SALEH, M.D.,
and DOES I through XX,

CASE NUMBER:

*CA. 04* ·186E

TO: (Name and address of Defendant)

     V&S Medical Associates
     24 West Washington Street
     Bradford, Pa 16701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    · Andrew M. Stone, Esquire
    Stone & Stone
    828 Frick Building
    437 Grant Street
    Pittsburgh, PA. 15219

an answer to the complaint which is served on you with this summons, within _____ *30 20* _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*R.V. Barth. Jr.*

JUN 23 2005

CLERK

*(signature)*

DATE

(By) DEPUTY CLERK