IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* :<br>DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., :<br>V. RAO NADELLA, M.D., and :<br>MARTIN JACOBS, M.D., :<br>  :<br>    Relators, :<br>  :<br>  v.    :<br>  :<br>BRADFORD REGIONAL MEDICAL CENTER, :<br>V & S MEDICAL ASSOCIATES, LLC, :<br>PETER VACCARO, M.D., :<br>KAMRAN SALEH, M.D., :<br>and DOES I through XX, :<br>  :<br>    Defendants. : | Civil Action No. 04-186E |

**DEFENDANTS' JOINT MOTION TO DISMISS**

Defendants Bradford Regional Medical Center ("BRMC"), V & S Medical Associates, LLC ("V & S"), Peter Vaccaro, M.D. ("Dr. Vaccarro"), and Kamran Saleh, M.D. ("Dr. Saleh") hereby jointly move the Court to dismiss the above-captioned action with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The grounds for dismissal are more particularly set forth in the Memorandum of Law separately filed in support of this motion. In support of the motion, the Defendants state:

1. The Complaint fails to comply with Federal Rule of Civil Procedure 9(b) because it fails to state averments of fraud or the circumstances of fraud with particularity as required in False Claims Act suits.

2. The Complaint fails to state a claim for which relief can be granted in that its allegations of False Claims Act violations are based on certifications that allegedly were made in a Medicare cost report that could not have been filed at the time the Complaint was filed.

3. The Complaint fails to state a claim for which relief can be granted in that there was no violation of 42 U.S.C. § 1395nn (i.e., the "Stark law"), and thus, of the False Claims Act, because it fails to allege the existence of a direct or indirect financial relationship as defined by the regulations implementing the Stark law.

WHEREFORE, Defendants Bradford Regional Medical Center, V & S Medical Associates, LLC, Peter Vaccaro, M.D., and Kamran Saleh, M.D., respectfully request that this Court dismiss Relators' Complaint with prejudice, and award such further relief as the Court deems just and appropriate.

Respectfully submitted,

By: \_\_\_\_\_/s/_____     By: \_\_\_\_\_/s/_____
      Daniel M. Mulholland III, Esquire              Jay D. Marinstein, Esquire
      PA ID No. 28806                                               PA ID No. 53163
      Henry M. Casale, Esquire                      Carl J. Rychcik, Esquire
      PA ID No. 42066                                               PA ID No. 73754

      HORTY, SPRINGER & MATTERN, P.C.      FOX ROTHSCHILD LLP
      4614 Fifth Avenue                                   625 Liberty Avenue, 29th Floor
      Pittsburgh, PA  15213                             Pittsburgh, PA  15222
      412-687-7677                                          412-391-1334
      dmulholland@hortyspringer.com           jmarinstein@foxrothschild.com
      hcasale@hortyspringer.com                crychcik@foxrothschild.com

      Counsel for Defendant                             Counsel for Defendants
      Bradford Regional Medical Center             V & S Medical Associates, LLC,
                                                                   Peter Vaccaro, M.D., and
                                                                   Kamran Saleh, M.D.

      Dated:  August 25, 2005                          Dated:  August 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was filed electronically with the United States District Court for the Western District of Pennsylvania and also served on each of the following attorneys via First Class United States Mail on the date set forth below:

Jay D. Marinstein, Esquire
Carl J. Rychcik, Esquire
Fox Rothschild L.L.P.
625 Liberty Avenue
29th Floor
Pittsburgh, PA  15222-3115

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, PA  15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC  20044


August 25, 2005                                      /s/                                    
                                            Daniel M. Mulholland III