IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* **DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,** | Civil Action No. 04-186E |
| **Relators,** | |
| v. | |
| **BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX.** | |
| **Defendants.** | |

## PROPOSED ORDER OF COURT

AND NOW this ____ day of _____ 200__, after consideration of the Joint Motion to Dismiss filed by Defendants along with the Memoranda and Oral Arguments presented in support thereof, the Complaint filed by the Relators in this action is DISMISSED, with prejudice.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was filed electronically with the United States District Court for the Western District of Pennsylvania and also served on each of the following attorneys via First Class United States Mail on the date set forth below:

Jay D. Marinstein, Esquire
Carl J. Rychcik, Esquire
Fox Rothschild L.L.P.
625 Liberty Avenue
29th Floor
Pittsburgh, PA  15222-3115

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, PA  15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC  20044


August 25, 2005

                                          Daniel M. Mulholland III