IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAUL KIRSCH, M.D., DILBAUGH SINGH, M.D., V. RAO NADELLA, M.D. and MARTIN JACOBS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D. and DOES I THROUGH XX, <br><br> Defendants. | No. 04-CV-186 <br><br> Honorable Maurice B. Cohill |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Jay D. Marinstein, Carl J. Rychcik and the firm of Fox Rothschild LLP on behalf of Defendants V & S Medical Associates, LLC, Peter Vaccaro, M.D. and Kamran Saleh, M.D.

Respectfully submitted,

DATED:   August 25, 2005

/s/Carl J. Rychcik
Jay D. Marinstein
PA I.D. # 53163
Carl J. Rychcik
PA I.D. # 73754
**FOX ROTHSCHILD LLP**
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222-3115
(412) 391-1334

**ATTORNEYS FOR DEFENDANTS,**
V & S Medical Associates, LLC,
Peter Vaccaro, M.D. and
Kamran Saleh, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2005, a true and correct copy of the foregoing Notice of Entry of Appearance was served via First Class Mail, postage prepaid, upon the following counsel of record:

Andrew M. Stone, Esquire
STONE & STONE
828 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Daniel M. Mulholland III, Esquire
HORTY, SPRINGER & MATTERN
4614 Fifth Avenue
Pittsburgh, PA 15213

Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
United States Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
Ben Franklin Station
P.O. Box 261
Washington, D.C. 20044

/s/Carl J. Rychcik