IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAUL KIRSCH, M.D., DILBAUGH SINGH, M.D., V. RAO NADELLA, M.D. and MARTIN JACOBS, M.D., | ) ) ) ) ) | No. 04-CV-186<br><br>Honorable Maurice B. Cohill |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D. and DOES I THROUGH XX, | ) ) ) ) ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for V & S Medical Associates, LLC, in the above-captioned action, certifies that there are not parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

**DATED:** August 25, 2005

/s/Carl J. Rychcik
Jay D. Marinstein
PA I.D. # 53163
Carl J. Rychcik
PA I.D. # 73754
**FOX ROTHSCHILD LLP**
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222-3115
(412) 391-1334

**ATTORNEYS FOR DEFENDANT,**
V & S Medical Associates, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2005, a true and correct copy of the foregoing Disclosure Statement was served via First Class Mail, postage prepaid, upon the following counsel of record:

Andrew M. Stone, Esquire
STONE & STONE
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219


Daniel M. Mulholland III, Esquire
HORTY, SPRINGER & MATTERN
4614 Fifth Avenue
Pittsburgh, PA  15213


Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
United States Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA  15219


Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
Ben Franklin Station
P.O. Box 261
Washington, D.C.  20044


_____/s/Carl J. Rychcik_____

PTI 162698v1 08/24/05