IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., ) <br> V. RAO NADELLA, M.D., and ) <br> MARTIN JACOBS, M.D., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> BRADFORD REGIONAL MEDICAL CENTER, ) <br> V & S MEDICAL ASSOCIATES, LLC, ) <br> PETER VACCARO, M.D., ) <br> KAMRAN SALEH, M.D., ) <br> and DOES I through XX, ) <br> ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 04-186E <br><br><br> Judge Cohill |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs hereby move for the admission, pro hac vice, of G. Mark Simpson, Bothwell & Simpson, P.C. as additional counsel for Plaintiffs-Relators Dilbagh Singh, M.D., Paul Kirsch, M.D., V. Rao Nadella, M.D., and Martin Jacobs, M.D. As set forth in the accompanying Declaration of G. Mark Simpson, Mr. Simpson is currently an attorney in good standing admitted to the United States Courts of Appeal for the Eleventh, Sixth, and D.C. Circuits; the United States District Courts for the Northern and Middle Districts of Georgia; the Georgia Supreme Court; the Georgia Court of Appeals; and all trial courts in the State of Georgia. Accordingly, Plaintiffs respectfully request that the Court admit Mr. Simpson pro hac vice as additional counsel for Plaintiffs in this case.

This 26th day of August, 2005.

                                                                           Respectfully submitted,

                                                                           By: /S/ Andrew M. Stone
                                                                           Andrew M. Stone, Esquire
                                                                           (Pa. #35176)
                                                                           STONE & STONE
                                                                           828 Frick Bldg. 437 Grant Street.
                                                                           Pittsburgh, Pa. 15219
                                                                           Phone: (412) 391-2005
                                                                           Fax: (412) 391-0853

                                                        Attorneys for the Plaintiffs/Relators

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., | ) | |
| V. RAO NADELLA, M.D., and | ) | |
| MARTIN JACOBS, M.D., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 04-186E |
| | ) | |
| v. | ) | |
| | ) | |
| BRADFORD REGIONAL MEDICAL CENTER, | ) | Judge Cohill |
| V & S MEDICAL ASSOCIATES, LLC, | ) | |
| PETER VACCARO, M.D., | ) | |
| KAMRAN SALEH, M.D., | ) | |
| and DOES I through XX, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2005, I caused a copy of the Plaintiff's Motion for Admission Pro Hac Vice, and proposed order, to be filed electronically and/ or served by first-class mail, postage prepaid, on:

Jay D. Marinstein, Esq.  
Carl J. Rychcik, Esq.  
Fox Rothschild L.L.P.  
625 Liberty Avenue  
29th Floor  
Pittsburgh, Pa. 15222-3115  

Daniel M. Mulholland III, Esq.  
Henry M. Casale, Esq.  
Horty Springer & Mattern, P.C.  
4614 Fifth Avenue  
Pittsburgh, Pa. 15213  

Robert L. Eberhardt, Esq.  
United States Attorney's Office  
Civil Division  
USPO & Courthouse  
Pittsburgh, Pa. 15219  

Michael Granston, Esq.  
U.S. Department of Justice  
Commercial Litigation Branch  
P.O. Box 261  
Ben Franklin Station  
Washington, D.C.  

/S/ Andrew M. Stone