IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br>   Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. |

## **DECLARATION OF G. MARK SIMPSON**

Comes now the undersigned, G. Mark Simpson, and states the following:

1.

My name is G. Mark Simpson. I am over the age of 21 and competent to give this declaration.

2.

I graduated from the University of Georgia in 1992, and have been practicing law since that time. I am currently a partner at Bothwell & Simpson, P.C. in Roswell, Georgia. Since 2001, I have specialized in representing relators in *qui tam* actions filed under the False Claims Act.

3.

I am duly admitted to practice law and in good standing in the following courts: the United States Courts of Appeal for the Eleventh, Sixth, and D.C. Circuits; the United States District Courts for the Northern and Middle Districts of Georgia; the Supreme Court of Georgia; the Court of Appeals of Georgia; and all trial courts in the State of Georgia.

4.

I am a resident of the State of Georgia, and have not previously been admitted pro hac vice to any court in the State of Pennsylvania.

5.

I declare under penalty of perjury that the above is true and accurate.

August 23, 2005.

G. Mark Simpson
Georgia Bar No. 647725
Bothwell & Simpson, P.C.
304 Macy Drive
Roswell, GA 30076
(770) 643-1606

2