IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) | | |
| DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., ) | | |
| V. RAO NADELLA, M.D., and ) | | |
| MARTIN JACOBS, M.D., ) | | |
| ) | | |
| Plaintiffs, ) | CIVIL ACTION NO. 04-186E | |
| ) | | |
| v. ) | | |
| ) | | |
| ) | | |
| BRADFORD REGIONAL MEDICAL CENTER, ) | Judge Cohill | |
| V & S MEDICAL ASSOCIATES, LLC, ) | | |
| PETER VACCARO, M.D., ) | | |
| KAMRAN SALEH, M.D., ) | | |
| and DOES I through XX, ) | | |
| ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER**

Upon consideration of counsel for Plaintiff's Motion to permit G. Mark Simpson to be admitted and take part in this case *pro hac vice*, and it appearing that Mr. Simpson is a duly admitted member of the bar in good standing, IT IS HEREBY ORDERED that G. Mark Simpson be admitted to the bar of this Court *pro hac vice* for the purpose of all matters concerning this case.

BY THE COURT:

Dated: _____        _____
United States District Court