IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* : <br> DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., : <br> V. RAO NADELLA, M.D., and    : <br> MARTIN JACOBS, M.D.,    : <br>   : <br> Relators,   : <br>   : <br> v.   : <br>   : <br> BRADFORD REGIONAL MEDICAL CENTER, : <br> V & S MEDICAL ASSOCIATES, LLC,   : <br> PETER VACCARO, M.D.,   : <br> KAMRAN SALEH, M.D.,   : <br> and DOES I through XX,   : <br>   : <br> Defendants.   : | Civil Action No. 04-186E |

## DISCLOSURE STATEMENT OF
## BRADFORD REGIONAL MEDICAL CENTER

Pursuant to Local Rule 7.1.1 of the United States District Court for the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Bradford Regional Medical Center, a Pennsylvania nonprofit corporation organized for the charitable purpose of the promotion of health, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                        Respectfully submitted,

August 25, 2005                                         /s/
                                        Daniel M. Mulholland III
                                        Pa. Bar I.D. # 28806

                                        HORTY, SPRINGER & MATTERN, P.C.
                                        4614 Fifth Avenue
                                        Pittsburgh, PA  15213
                                        Phone: 412-687-7677
                                        Fax: 412-687-7692

                                        Attorneys for Defendant
                                        Bradford Regional Medical Center

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was filed electronically with the United States District Court for the Western District of Pennsylvania and also served on each of the following attorneys via First Class United States Mail on the date set forth below:

Jay D. Marinstein, Esquire
Carl J. Rychcik, Esquire
Fox Rothschild L.L.P.
625 Liberty Avenue
29th Floor
Pittsburgh, PA  15222-3115

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, PA  15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC  20044


August 25, 2005                              /s/
                                        Daniel M. Mulholland III