IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., | ) | |
| V. RAO NADELLA, M.D., and | ) | |
| MARTIN JACOBS, M.D., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 04-186E |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| BRADFORD REGIONAL MEDICAL CENTER, | ) | Judge Cohill |
| V & S MEDICAL ASSOCIATES, LLC, | ) | |
| PETER VACCARO, M.D., | ) | |
| KAMRAN SALEH, M.D., | ) | |
| and DOES I through XX, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS'
JOINT MOTION TO DISMISS**

AND NOW, come the Plaintiffs/ Relators by and through their undersigned counsel and request this Honorable Court to enter an Order granting an extension until October 10th, 2005 to respond to Defendants' Joint Motion to Dismiss.

1. On August 25, 2005, Defendants filed and served on Plaintiffs' counsel their Joint Motion to Dismiss and supporting Memorandum.

2. The undersigned have contacted Defendants' counsel with regard the within motion. Defendants' counsel have indicated that they have no objection to an extension until October 10, 2005.

WHEREFORE, the undersigned respectfully request that this Honorable Court grant Plaintiffs' request to extend the time to respond to the Joint Motion to Dismiss.

This 31st day of August, 2005.

        Respectfully submitted,

        By: /S/ Andrew M. Stone
        Andrew M. Stone, Esquire
        (Pa. #35176)
        STONE & STONE
        828 Frick Bldg. 437 Grant Street.
        Pittsburgh, Pa. 15219
        Phone: (412) 391-2005
        Fax: (412) 391-0853

        By: /S/ G. Mark Simpson
        G. Mark Simpson
        Georgia Bar No. 647725
        Bothwell & Simpson, P.C.
        304 Macy Drive
        Roswell, GA 30076
        (770) 643-1606

        Attorneys for the Plaintiffs/Relators

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., <br> V. RAO NADELLA, M.D., and <br> MARTIN JACOBS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, <br> V & S MEDICAL ASSOCIATES, LLC, <br> PETER VACCARO, M.D., <br> KAMRAN SALEH, M.D., <br> and DOES I through XX, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 04-186E <br><br><br><br> Judge Cohill |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2005, I caused a copy of the Plaintiffs' Motion to Extend Time and proposed order, to be filed electronically and/ or served by first-class mail, postage prepaid, on:

Jay D. Marinstein, Esq.
Carl J. Rychcik, Esq.
Fox Rothschild L.L.P.
625 Liberty Avenue
29th Floor
Pittsburgh, Pa. 15222-3115

Daniel M. Mulholland III, Esq.
Henry M. Casale, Esq.
Horty Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, Pa. 15213

Robert L. Eberhardt, Esq.
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, Pa. 15219

Michael Granston, Esq.
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.

/S/ Andrew M. Stone