IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

UNITED STATES OF AMERICA, *ex rel.*
DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,
V. RAO NADELLA, M.D., and
MARTIN JACOBS, M.D.,

      Plaintiffs,                        CIVIL ACTION NO. 04-186E

v.

BRADFORD REGIONAL MEDICAL CENTER,    Judge Cohill
V & S MEDICAL ASSOCIATES, LLC,
PETER VACCARO, M.D.,
KAMRAN SALEH, M.D.,
and DOES I through XX,

      Defendants.

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the foregoing Motion, it is hereby Ordered that the Plaintiffs are granted an extension of time to respond to Defendants' Joint Motion to Dismiss to October 10th, 2005.

                                                      _____

                                                                        J.