IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

UNITED STATES OF AMERICA, *ex rel.*
DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,
V. RAO NADELLA, M.D., and
MARTIN JACOBS, M.D.,

        Plaintiffs,                      CIVIL ACTION NO. 04-186E

v.

BRADFORD REGIONAL MEDICAL CENTER,    Judge Cohill
V & S MEDICAL ASSOCIATES, LLC,
PETER VACCARO, M.D.,
KAMRAN SALEH, M.D.,
and DOES I through XX,

        Defendants.

ORDER

AND NOW, this _1st_ day of _Sept._, 2005, upon consideration of the foregoing Motion, it is hereby Ordered that the Plaintiffs are granted an extension of time to respond to Defendants' Joint Motion to Dismiss to October ~~10th~~ 11th, 2005.

*/s/ Maurice B. Cohill, Jr.*

J.