IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, <br><br> Defendants. | CIVIL ACTION NO. 04-186E <br><br> Judge Cohill |

## ORDER

Upon consideration of counsel for Plaintiff's Motion to permit G. Mark Simpson to be admitted and take part in this case *pro hac vice*, and it appearing that Mr. Simpson is a duly admitted member of the bar in good standing, IT IS HEREBY ORDERED that G. Mark Simpson be admitted to the bar of this Court *pro hac vice* for the purpose of all matters concerning this case.

BY THE COURT:

Dated: Aug. 29, 2005

*Maurice B. Cohill, Jr.*
United States District Court