CA 04-186E
Pro Hac Vice

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500531 — AM
September 21, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| PRO HAC | 04-186 E | 1 @ | 40.00 |
| | | | 40.00 CC |

TOTAL→        40.00

FROM: ANDREW M. STONE
STONE&STONE 437 GRANT STREET
SUITE 828 FRICK BUILDING
PITTSBURGH, PA 15219