IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* : <br> DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., : <br> V. RAO NADELLA, M.D., and                : <br> MARTIN JACOBS, M.D.,                     : <br>                                          : <br>      **Relators,**                       : <br>                                          : <br>   v.                                     : <br>                                          : <br> BRADFORD REGIONAL MEDICAL CENTER,        : <br> V & S MEDICAL ASSOCIATES, LLC,           : <br> PETER VACCARO, M.D.,                     : <br> KAMRAN SALEH, M.D.,                      : <br> and DOES I through XX,                   : <br>                                          : <br>      **Defendants.**                     : | **Civil Action No. 04-186E** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Bradford Regional Medical Center respectfully notifies this Court of the recent decision by Judge Gibson in *U.S. ex rel. Barlett v. Tyrone Hospital, Inc.*, Civil Action No. 04-57J (W.D. Pa. January 27, 2006) (copy attached), dismissing claims similar to the claims in the instant case.

Respectfully submitted, this \_\_\_\_ day of February 2006.

                                     **HORTY, SPRINGER & MATTERN, P.C.**

By:    /s/ Daniel M. Mulholland III
        Daniel M. Mulholland III, Esquire
        PA ID No. 28806
        Henry M. Casale, Esquire
        PA ID No. 42066

        4614 Fifth Avenue
        Pittsburgh, PA  15213
        412-687-7677
        dmulholland@hortyspringer.com
        hcasale@hortyspringer.com

        Attorneys for Defendant
        Bradford Regional Medical Center

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was filed electronically with the United States District Court for the Western District of Pennsylvania and also served on each of the following attorneys via First Class United States Mail on the date set forth below:

>Jay D. Marinstein, Esquire
>Carl J. Rychcik, Esquire
>Fox Rothschild L.L.P.
>625 Liberty Avenue
>29th Floor
>Pittsburgh, PA  15222-3115
>
>Andrew M. Stone, Esquire
>Stone & Stone
>828 Frick Building
>437 Grant Street
>Pittsburgh, PA  15219
>
>Robert L. Eberhart, Esquire
>United States Attorney's Office
>Civil Division
>USPO & Courthouse
>Pittsburgh, PA  15219
>
>Michael Granston, Esquire
>U.S. Department of Justice
>Commercial Litigation Branch
>P.O. Box 261
>Ben Franklin Station
>Washington, DC  20044

February ___, 2006

_____
Daniel M. Mulholland III