IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | ) ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 04-186E |
| v. | ) ) ) ) | |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**RELATORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Relators hereby bring to the Court's attention the recent ruling by Magistrate Judge Hay of this district in *United States ex rel. Landsberg v. Levinson*, Civil Action No. 03-1429 (W.D. Pa. Feb. 13, 2006), rejecting arguments similar to those made by Defendants in this case. A copy of this decision is attached as Exhibit A.

Relators also bring to the Court's attention the recent ruling by District Judge Kelly of the Eastern District of Pennsylvania in *Gibbons v. Kvaerner Philadelphia Shipyard, Inc.*, Civil Action No. 05-685 (E.D. Pa. Feb. 10, 2006), which also rejected arguments similar to those made by Defendants. A copy of this decision is attached as Exhibit B.

This 14th day of February, 2006.

                                                Respectfully submitted,

                                                /s/ Andrew M. Stone
Andrew M. Stone, Esquire
(Pa. #35176)
STONE & STONE
828 Frick Bldg.  437 Grant Street.
Pittsburgh, Pa. 15219
Phone: (412) 391-2005
Fax: (412) 391-0853

/s/ G. Mark Simpson
G. Mark Simpson
Georgia Bar No. 647725
BOTHWELL & SIMPSON, P.C.
304 Macy Drive
Roswell, Georgia 30076
Phone: (770) 643-1606
Fax: (770) 643-1442
Attorneys for the Plaintiffs/Relators

**IN THE UNITED STATES DISTRICT COURT**

FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-186E |
| v. | ) ) | |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | ) ) ) ) ) ) | Judge Cohill |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15tht day of February, 2006, I caused a copy of the Relators' Notice of Supplemental Authority to be filed electronically and served electronically and/or served by first-class mail, postage prepaid, on:

Jay D. Marinstein, Esq.
Carl J. Rychcik, Esq.
Fox Rothschild L.L.P.
625 Liberty Avenue
29th Floor
Pittsburgh, Pa. 15222-3115

Daniel M. Mulholland III, Esq.
Henry M. Casale, Esq.
Horty Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, Pa. 15213

Robert L. Eberhardt, Esq.
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, Pa. 15219

Michael Granston, Esq.
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.

/S/ Andrew M. Stone