UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| United States ex rel.<br>DILBAGH SINGH, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 04-186 E |
| | : | |
| vs. | : | Judge Cohill |
| | : | |
| BRADFORD REGIONAL<br>MEDICAL CENTER, et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF CHANGE OF ADDRESS**

G. Mark Simpson, counsel for Plaintiffs-Relators Dilbagh Singh, M.D., Paul Kirsch, M.D., V. Rao Nadella, M.D., and Martin Jacobs, M.D., hereby provides notice that his address has changed. His new address is as follows:

> G. Mark Simpson
> Simpson Law Firm, LLC
> 165 North Main Street
> Jonesboro, GA 30236
> (678) 610-1994
> (678) 302-8721 (fax)

This 11th day of August, 2006.

                      Respectfully submitted,

                      /s/ G. Mark Simpson
                      G. Mark Simpson
                      Georgia Bar No. 647725
                      Simpson Law Firm, LLC
                      165 North Main Street
                      Jonesboro, GA 30236
                      (678) 610-1994
                      (678) 302-8721 (fax)
                      mark@marksimpsonlaw.com

                      Attorney for Plaintiffs-Relators

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11. 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

      Daniel M. Mulholland, III
      Jay D. Marinstein
      Andrew M. Stone

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Robert L. Eberhart
      Assistant United States Attorney
      USPO & Courthouse
      700 Grant Street, Suite 400
      Pittsburgh, PA 15219

      Michael Granston
      U.S. Department of Justice
      Commercial Litigation Branch
      P.O. Box 261
      Ben Franklin Station
      Washington, DC 20044

This 11th day of August, 2006.

      /s/ G. Mark Simpson
      G. Mark Simpson
      Georgia Bar No. 647725
      Simpson Law Firm, LLC
      165 North Main Street
      Jonesboro, GA 30236
      (678) 610-1994
      (678) 302-8721 (fax)
      mark@marksimpsonlaw.com