IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES, *ex rel.*,  )
DILBAGH SINGH M.D.,        )
PAUL KIRSCH, M.D.,         )
V. RAO NADELLA, M.D., and  )
MARTIN JACOBS, M.D.,       )
                           )
    Plaintiffs,            )
                           )
v.                         )   Civil No. 04-186 Erie
                           )
BRADFORD REGIONAL MEDICAL  )
CENTER, V & S MEDICAL      )
ASSOCIATES, LLC,           )
PETER VACCARO, M.D.,       )
KAMRAN SALEH, M.D., and    )
DOES I through XX,         )
                           )
    Defendants.            )
                           )

## Order

AND NOW, to-wit, this 13th day of September, 2006, for the reasons set forth in the Opinion accompanying this Order, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion to Dismiss (**Doc. 13**) be and hereby is DENIED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
United States District Court Judge