# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., **Relators,** v. BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, **Defendants.** | Civil Action No. 04-186E |

## ORDER

Upon presentment of the AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS, due notice having been given and the Court being fully advised in the premises, it is hereby ordered:

Defendants shall have until and through October 13, 2006 to file their responsive pleadings, including all defenses, affirmative defenses, and all matters of every description which might be included in responsive pleadings.

1

157432.1
September 19, 2006

SO ORDERED this __20th__ day of September, 2006.

*Maurice B. Cohill, Jr.*
Maurice Cohill, Senior Judge
U.S. District Court
Western District of Pennsylvania

157432.1
September 19, 2006