IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES, ex rel.,          )
DILBAGH SINGH, M.D., PAUL        )
KIRSCH, M.D., V. RAO NADELLA,    )
M.D., and MARTIN J. JACOBS,      )
M.D.,                            )
                                 )
            Relators,            )
                                 )
      vs.                        )   Civil Action No. 04-186-E
                                 )
BRADFORD REGIONAL MEDICAL        )
CENTER, et al.,                  )
                                 )
            Defendants.          )
```

O R D E R

AND NOW, to-wit, this 16th day of October, 2006, the following deadlines are set for the above-captioned matter:

1. An Initial Rule 16 Scheduling Conference is scheduled at **11:00 a.m.** on **Wednesday, November 29, 2006,** before Judge Maurice B. Cohill, Jr., Courtroom A, Federal Courthouse, Second Floor, Erie, Pennsylvania. Counsel and unrepresented parties shall bring their calendars to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

2. Pursuant to L.R. 26(f), the parties must confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, and to make or arrange for the disclosures required by Rule 26(a)(1), on or before **November 8, 2006.**

      3.  The parties shall confer as necessary and file with the Clerk of Court a Rule 26(f) Report by **November 20, 2006**. A form for the Rule 26(f) report may be downloaded from the Court's website and filled in as a word-processing document.

                                          <u>s/Maurice B. Cohill, Jr.</u>
                                          Senior United States District Judge

ecf:    Counsel of record