IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br> Relators, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, <br><br> Defendants. | Civil Action No. 04-186E |

## NOTICE OPTING OUT OF ARBITRATION

Defendant Bradford Regional Medical Center, through its undersigned attorneys, hereby opts out of the alternative dispute resolution procedures provided for by Local Rule 16.4.2.

Respectfully submitted,

s/Daniel M. Mulholland III
Daniel M. Mulholland III
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
(Phone) 412-687-7677
(Facsimile) 412-687-7692
(E-Mail) dmulholland@hortyspringer.com

**ATTORNEY FOR DEFENDANT BRADFORD REGIONAL MEDICAL CENTER**

158271.1
October 20, 2006