IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,<br><br>           Relators,<br><br>v.<br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,<br><br>           Defendants. | Civil Action No. 04-186E |

## NOTICE TO OPT OUT OF ARBITRATION

Defendants, V & S Medical Associates, LLC, Peter Vaccaro, M.D. and Kamran Saleh, M.D., by their undersigned counsel, hereby elect pursuant to LR 16.2.4(B) to opt out of Voluntary Arbitration in the above-captioned matter.

Respectfully submitted,

Dated: October 20, 2006

By: /s/Carl J. Rychcik
Jay D. Marinstein, Esquire
PA I.D. No. 53163
Carl J. Rychcik, Esquire
PA I.D. No. 73754
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
(412) 391-1334
jmarinstein@foxrothschild.com
crychcik@foxrothschild.com

Counsel for Defendants,
V & S Medical Associates, LLC,
Peter Vaccaro, M.D. and Kamran Saleh, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was filed electronically with the United States District Court for the Western District of Pennsylvania and also served on each of the following attorneys in the manner set forth below on this 20th day of October, 2006:

via electronic transmission:

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Daniel M. Mulholland, III, Esquire
Henry M. Casale, Esquire
Horty, Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213

G. Mark Simpson, Esquire
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA  30236

via First Class United States Mail, postage prepaid:

Robert L. Eberhart, Esquire
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, PA  15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

/s/ Carl J. Rychcik