IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : | |
| DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., | : | |
| V. RAO NADELLA, M.D., and | : | Civil Action No. 04-186E |
| MARTIN JACOBS, M.D., | : | |
| | : | |
| Relators, | : | |
| | : | |
| v. | : | |
| | : | |
| BRADFORD REGIONAL MEDICAL CENTER, | : | |
| V & S MEDICAL ASSOCIATES, LLC, | : | |
| PETER VACCARO, M.D., | : | |
| KAMRAN SALEH, M.D., | : | |
| and DOES I through XX, | : | |
| | : | |
| Defendants. | : | |

**DISCLOSURE STATEMENT OF DEFENDANT**
**BRADFORD REGIONAL MEDICAL CENTER**

Pursuant to Local Rule 7.1.1, Bradford Regional Medical Center, a Pennsylvania nonprofit corporation organized for the charitable purpose of the promotion of health, certifies that it has no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Respectfully submitted this 27th day of October, 2006.

s/Daniel M. Mulholland III
Daniel M. Mulholland III
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213
(Phone) 412-687-7677
(Facsimile) 412-687-7692
(E-Mail) dmulholland@hortyspringer.com

**ATTORNEY FOR DEFENDANT**
**BRADFORD REGIONAL MEDICAL CENTER**

158451.1
October 26, 2006