IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, ex rel., DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN J. JACOBS, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> BRADFORD REGIONAL MEDICAL CENTER, et al., <br><br> Defendants. | Civil Action No. 04-186-E |

O R D E R

AND NOW, this 13th day of November, 2006, IT IS HEREBY ORDERED the Initial Rule 16 Scheduling Conference scheduled for Wednesday, November 29, 2006, at 11:00 a.m. is **RESCHEDULED** to **Thursday, November 30, 2006, at 9:00 a.m.** in Courtroom A, Federal Courthouse, Second Floor, Erie, Pennsylvania.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

ecf:   Counsel of record