IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States ex rel. M.D. Dilbagh Singh, )
et al. )
)
)
vs. )        CV 04-186 Erie
Bradford Regional Medical Center, et al. )
)
)
Defendants )

HEARING ON   Initial Case Management Conference

Before   Judge Cohill

| Andrew Stone, Esq. | Daniel Mulholland, Esq. |
| Mark Simpson, Esq. | Carl Rychcik, Esq. |
| Appear for Plaintiff | Appear for Defendant |

Hearing Begun   9:00 am-11/30/06            Hrg Adjourned to

Hrg concluded C.A.V.   9:15 am-11/30/06     Stenographer    none

**WITNESSES**

For Plaintiff                                                      For Defendant
Parties to submit proposed
confidentiality & protective orders
Initial Case Management Order to be
entered.