IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, *ex rel.*,<br>DILBAGH SINGH M.D.,<br>PAUL KIRSCH, M.D.,<br>V. RAO NADELLA, M.D., and<br>MARTIN JACOBS, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD REGIONAL MEDICAL<br>CENTER, V & S MEDICAL<br>ASSOCIATES, LLC,<br>PETER VACCARO, M.D.,<br>KAMRAN SALEH, M.D., and<br>DOES I through XX,<br><br>Defendants. | Civil No. 04-186 Erie |

### INITIAL CASE MANAGEMENT ORDER

AND NOW, to-wit, this __30th__ day of __November__, 2006,

IT IS ORDERED that the above-captioned civil action shall proceed under Local Rule 16.1 of this Court, for pretrial proceedings. All provisions of the Rule will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences in order to obtain authority for the purpose of participating in settlement negotiations to be conducted by the court. Counsel are encouraged to appear with their principals at all such conferences, or instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

1. After consultation with the parties we find that this action is a [Track I or Track II] case.

2. The parties have not elected to have the case referred for voluntary arbitration.

3. Rule 26(a)(1) disclosure statements shall be exchanged no later than __November 21, 2006__.

4. The Plaintiff may move to add new parties on or before __April 2, 2007__.

   The Defendant may move to add new parties on or before __April 2, 2007__.

   The parties may move to amend the pleadings on or before __April 2, 2007__.

5. The parties shall complete fact discovery on or before __June 1, 2007__. All interrogatories, depositions, requests for admissions and requests for production shall be served with sufficient time to allow responses to be completed prior to the close of discovery.

6. Plaintiff's expert report is due no later than __July 2, 2007__.

   Depositions of Plaintiff's expert shall be completed by __September 3, 2007__.

   Defendant's expert report is due no later than __August 1, 2007__.

   Depositions of Defendant's expert shall be completed by __September 3, 2007__.

7. In accordance with LR 16.1.2(A)(4), a post-discovery status conference shall be held within thirty (30) days after the completion of discovery.


/s/ Maurice B. Cohill, Jr.

Maurice B. Cohill, Jr.
Senior United States District Judge


cc:   Counsel of Record