IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., **Relators,** v. BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, **Defendants.** | Civil Action No. 04-186E |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER
GOVERNING CONFIDENTIALITY OF DOCUMENTS TO BE
PRODUCED AND INFORMATION OBTAINED IN DISCOVERY**

Bradford Regional Medical Center (hereinafter referred to as "BRMC"), by and through its undersigned attorney, move this Court to enter the attached Protective Order governing the confidentiality of documents to be produced and information obtained in discovery. BRMC represents to the Court that counsel for the Relators and other Defendants have consented to entering the attached Order.

Respectfully submitted this 22nd day of February 2007.

/s/ Daniel M. Mulholland III
Daniel M. Mulholland III
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213
Phone: 412-687-7677
Fax: 412-687-7692
E-Mail:  dmulholland@hortyspringer.com

Attorney for Defendant