ATTACHMENT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : |
| Relators, | : : |
| v. | : : |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : |
| Defendants. | : |

Civil Action No. 04-186E

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I hereby certify that I have read the attached Protective Order in the above-captioned case and that I understand that I may not disclose any materials marked "Confidential" to any persons not described in Paragraph 5 of the Order under the circumstances provided therein. I recognize that I am bound by the terms of that Order, and I agree to be legally bound thereby and comply with those terms. I hereby consent to be subject to the personal jurisdiction of the above-captioned Court with respect to any proceeding related to the attached Order.

DATE: _____   _____
                                                        Signature