# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel,* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,<br><br>　　　　　Defendants. | Civil Action No. 04-186 E |

## NOTICE OF ENTRY OF APPEARANCE

TO:　Clerk of Court
　　　United States District Court
　　　Western District of Pennsylvania

　　　And now comes Paul E. Skirtich, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance as counsel for the United States of America in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MARY BETH BUCHANAN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/Paul E. Skirtich
　　　　　　　　　　　　　　　　　　　　PAUL E. SKIRTICH
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Western District of PA
　　　　　　　　　　　　　　　　　　　　U.S. Post Office & Courthouse
　　　　　　　　　　　　　　　　　　　　700 Grant Street, Suite 4000
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 894-7418
　　　　　　　　　　　　　　　　　　　　PA ID No. 30440

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

Andrew M. Stone
Stone & Stone
437 Grant Street
828 Frick Building
Pittsburgh, PA 15219

Gregory M. Simpson
Simpson Law Firm
165 North Main Street
Jonesboro, GA 30236

Daniel M. Mulholland, III
Horty, Springer & Mattern
4614 Fifth Avenue
Pittsburgh, PA 15213

Carl J. Rychcik
Jay D. Marinstein
Fox Rothschild
625 Liberty Avenue
29th Floor
Pittsburgh, PA 15222-3115

    Respectfully submitted,

    /s/Paul E. Skirtich
    PAUL E. SKIRTICH

Dated: April 3, 2007