IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,<br><br>　　　　　　Relators,<br><br>　v.<br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 04-186E<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO COMPEL
## RELATORS TO PRODUCE DOCUMENTS
## AND ANSWER INTERROGATORIES

　　Bradford Regional Medical Center ("BRMC") hereby moves this Honorable Court pursuant to Fed.R.Civ.P. 34 and 37 to compel Dilbagh Singh, M.D., Paul Kirsch, M.D., V. Rao Nadella, M.D., and Martin Jacobs, M.D. ("Relators") to produce documents and answer Interrogatories as set forth below. In support thereof, BRMC avers the following:

1.　　On January 3, 2007, BRMC served Interrogatories and Requests for Production of Documents on each of the Relators.

2. Counsel for Relators responded by producing electronic copies of certain documents on February 28, 2007. Additional documents were produced shortly thereafter. However, the responses filed by the Relators to said requests are incomplete.

3. Specifically, the Relators did not produce documents responsive to Request Nos. 1, 2, 3, 4, 9, 10, 11, 12, 13 and 15 or adequately answer Interrogatories 4, 9 and 10, which were addressed to each Relator, and Relator Jacobs did not produce documents responsive to Request for Production No. 17 which was addressed to him. The responses are necessary in order to enable BRMC to take discovery and prepare for trial. As required by Local Rule 37.2, copies of the Interrogatories and Requests at issue and each Relator's responses and objections are attached hereto and incorporated by reference herein.

4. On March 23, 2007, counsel for Defendant telephoned counsel for Relators to inform them of the insufficiencies in their response to the Defendant's Requests for Production of Documents. This was followed by a letter dated April 5, 2007, in which counsel for the Defendant wrote the Relators to inform them of the same deficiencies and to request compliance with the Defendant's Requests for Production of Documents.

5. On April 18, 2007, counsel for Relators produced a Privilege Log, but failed to comply with any other of the Defendant's requests. A subsequent telephone conference was held on May 4, 2007, but counsel were unable to resolve this dispute.

6. As of the date of this Motion, no further responses to the above Requests or Interrogatories have been forthcoming from Relators.

THEREFORE, Defendant prays that this Motion be granted and that (1) each of the Relators be ordered to produce the documents requested by Requests for Production Nos. 1, 2, 3, 4, 9, 10, 11, 12, 13 and 15 and answer Interrogatories 4, 10 and 11, (2) Dr. Jacobs be ordered to produce documents responsive to Request for Production 17 directed to him, and

(3) the Court award BRMC reasonable costs and attorneys fees associated with this Motion as permitted by the Federal Rules of Civil Procedure.

                                        Respectfully submitted,

Date:  May 10, 2007                     /s/ Daniel M. Mulholland III
                                        Daniel M. Mulholland III
                                        Pennsylvania Bar I.D. No. 28806
                                        HORTY, SPRINGER & MATTERN, P.C.
                                        4614 Fifth Avenue
                                        Pittsburgh, PA 15213
                                        Phone: (412) 687-7677
                                        Fax: (412) 687-7692
                                        dmulholland@hortyspinger.com
                                        Attorney for Bradford Regional Medical Center

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the attached document was served on each of the following attorneys via the Court's electronic filing system and/or first class United States mail on the date set forth below:

    Via electronic filing and U.S. mail:

        Carl J. Rychcik, Esquire
        Fox Rothschild LLP
        625 Liberty Avenue
        29th Floor
        Pittsburgh, PA  15222-3115

        Andrew M. Stone, Esquire
        Stone & Stone
        828 Frick Building
        437 Grant Street
        Pittsburgh, PA  15219

        G. Mark Simpson, Esquire
        Simpson Law Firm, LLC
        165 North Main Street
        Jonesboro, GA  30236

        Robert L. Eberhardt, Esquire
        United States Attorney's Office
        700 Grant Street, Suite 4000
        USPO & Courthouse
        Pittsburgh, PA  15219

    Via U.S. mail only:

        Michael Granston, Esquire
        U.S. Department of Justice
        Commercial Litigation Branch
        P.O. Box 261
        Ben Franklin Station
        Washington, DC  20044


May 10, 2007                            /s/ Daniel M.  Mulholland III
                                          Daniel M. Mulholland III