IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : : | |
| Relators, | : : | |
| v. | : : | Civil Action No. 04-186E |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : | |
| Defendants. | : | |

**PROPOSED ORDER**

Upon consideration of the Motion of Bradford Regional Medical Center ("BRMC") to Compel Relators Dilbagh Singh, M.D., Paul Kirsch, M.D., V. Rao Nadella, M.D., and Martin Jacobs, M.D. ("Relators") to Produce Documents and Answer Interrogatories, the Response thereto by Relators,

IT IS HEREBY ORDERED as follows:

1. BRMC's Motion to Compel is GRANTED.

2. Relators shall each produce all documents responsive to BRMC's Requests for Production of Documents Nos. 1, 2, 3, 4, 9, 10, 11, 12, 13 and 15 and answer BRMC's Interrogatory Nos. 4, 9 and 10 within ten (10) days from the date of issuance of this Order.

3. Relator Jacobs shall produce all documents responsive to BRMC's Request for Production of Documents served on him.

1

163364.1
May 10, 2007

4. Relators shall pay BRMC the sum of $_____ as reasonable expenses and $_____ as reasonable attorneys fees associated with obtaining this Order.

_____    _____
Date                                                                         Maurice B. Cohill, Senior Judge

163364.1
May 10, 2007