IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : : |
| **Relators,** | : : |
| v. | : Civil Action No. 04-186E : |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : |
| **Defendants.** | : : |

### DISCOVERY DISPUTE CERTIFICATE

The undersigned counsel for Bradford Regional Medical Center has conferred and consulted with opposing counsel with respect to each matter set forth in the foregoing motion and was unable to resolve the differences which exist. The dates on which said conferences and consultations, which were conducted by telephone, were as follows: March 23, 2007 and May 4, 2005.

Date:  May 10, 2007

/s/ Daniel M. Mulholland
Daniel M. Mulholland III

Attorney for Bradford Regional
Medical Center

163371.1
May 10, 2007