IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : : |
| Relators, | : : |
| v. | :   Civil Action No. 04-186E |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : : |
| Defendants. | : : |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY
TRI-COUNTY DIAGNOSTIC TESTING SERVICES, LLC**

Bradford Regional Medical Center ("BRMC") hereby moves this Honorable Court pursuant to Fed.R.Civ.P. 45(c)(2)(B) to compel Tri-County Diagnostic Testing Services, LLC ("Tri-County") to produce documents requested by Subpoena issued on March 8, 2007. In support thereof, BRMC avers the following:

1. On March 8, 2007, BRMC served a Subpoena on Tri-County through its counsel. A copy of said Subpoena is attached hereto and incorporated by reference herein.

2. Counsel for Tri-County and counsel for Relators have objected to the Subpoena. Copies of said objections are attached hereto.

3. On March 23, 2007, a telephone conference was held involving counsel for all parties in this action and counsel for Tri-County. The parties and Tri-County were unable to resolve their differences at that time.

4. As of May 10, 2007, Tri-County has still not complied with the Subpoena.

5. Compliance with the Subpoena is necessary in order to enable BRMC to take discovery and prepare for trial.

THEREFORE, BRMC respectfully prays that this Honorable Court order Tri-County to produce the documents requested by the Subpoena and award BRMC reasonable costs and attorneys' fees associated with this Motion as permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

Date: May 11, 2007

/s/ Daniel M. Mulholland III
Daniel M. Mulholland III
Pennsylvania Bar I.D. No. 28806
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
Phone: (412) 687-7677
Fax: (412) 687-7692
dmulholland@hortyspinger.com

Attorney for
Bradford Regional Medical Center

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on each of the following attorneys via the Court's electronic filings system and/or First Class United States mail on the date set forth below:

**Via electronic filing and U.S. mail:**

| | |
|---|---|
| Carl J. Rychcik, Esquire<br>Fox Rothschild LLP<br>625 Liberty Avenue<br>29th Floor<br>Pittsburgh, PA  15222-3115 | Andrew M. Stone, Esquire<br>Stone & Stone<br>828 Frick Building<br>437 Grant Street<br>Pittsburgh, PA  15219 |
| G. Mark Simpson, Esquire<br>Simpson Law Firm, LLC<br>165 North Main Street<br>Jonesboro, GA  30236 | Robert L. Eberhardt, Esquire<br>Paul Skirtich, Esquire<br>United States Attorney's Office<br>Civil Division<br>USPO & Courthouse<br>Pittsburgh, PA  15219 |

**Via U.S. mail only:**

| | |
|---|---|
| Michael Granston, Esquire<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044 | John M. Quinn, Jr., Esquire<br>James K. McNamara, Esquire<br>Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.<br>2222 West Brandview Blvd.<br>Erie, PA  16506<br>(Attorneys for Tri-County) |

Date:  May 11, 2007         /s/ Daniel M. Mulholland III
                            Daniel M. Mulholland III

162480.1
May 11, 2007