IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br>Relators, <br><br>v. <br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, <br><br>Defendants. | : : : : : : : : : : : : : : : : : : : : Civil Action No. 04-186E |

## PROPOSED ORDER

Upon consideration of the Motion of Bradford Regional Medical Center ("BRMC") to compel Tri-County Diagnostic Testing Services, LLC ("Tri-County") to produce documents requested by BRMC's Subpoena dated March 8, 2007, it is hereby ORDERED as follows:

1. BRMC's Motion to Compel Production of Documents is GRANTED.

2. Tri-County shall each produce all documents responsive to BRMC's Subpoena within twenty (20) days from the date of issuance of this Order.

3. Tri-County shall pay BRMC the sum of $_____ as reasonable expenses and $_____ as reasonable attorneys' fees associated with obtaining this Order.

_____          _____
Date                            Maurice B. Cohill, Senior Judge