IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., : : : : : : | |
| Relators, : | |
| v. : | Civil Action No. 04-186E |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, : : : : : : | |
| Defendants. : | |

## DISCOVERY DISPUTE CERTIFICATE

The undersigned counsel for Bradford Regional Medical Center has conferred and consulted with opposing counsel and with counsel for Tri-County with respect to each matter set forth in the foregoing motion and was unable to resolve the differences which exist. The date on which said consultation was conducted by telephone was March 23, 2007.


Date: May 11, 2007         /s/ Daniel M. Mulholland III
                           Daniel M. Mulholland III

                           Attorney for
                           Bradford Regional Medical Center


163383.1
May 11, 2007