# QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.
ATTORNEYS AT LAW

John M. Quinn, Jr., Esq.
jquinn@quinnfirm.com

2222 W. Grandview Blvd.
Erie PA 16506
814/833-2222 Phone
814/833-6753 Fax
www.quinnfirm.com

March 26, 2007

Daniel M. Mulholland, III, Esq.
Horty, Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh PA 15213

Re: US ex rel Singh et al. v. Bradford Regional Medical Center et al.
Subpoena for Tri-County Diagnostic Services, LLC

Dear Dan,

This is to confirm that Tri-County Diagnostic objects to the subpoena served on it. As indicated in our conference call, Tri-County would incorporate the relevancy objections previously made by the Plaintiff-Relators as set forth in Andrew Stone's March 19, 2007 letter to you. In addition, as we also discussed on the phone, Tri-County objects on the basis that the subpoena is overly broad and would be burdensome for Tri-County if it had to respond to all of the requests contained in the subpoena. As indicated previously, my contact person indicated that he believed it would take two weeks working "very diligently" to assemble the documents you have requested.

Notwithstanding these objections, if you and Mr. Stone can come to some agreement relative to the relevancy objections, and if we can narrow the scope of the subpoena to make it far less burdensome, Tri-County would be willing to reconsider its position.

Thank you very much.

Very truly yours,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.

By _____
John M. Quinn, Jr.

JMQJ/rp

cc: Andrew M. Stone, Esq.
James K. McNamara, Esq.
Mark Kresse, PT, FACHE