*To Qui Tam File*

# STONE LAW FIRM

828 FRICK BUILDING
437 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219

TELEPHONE 412-391-2005
FACSIMILE 412-391-0853

ANDREW M. STONE     www.stone-law-firm.com     astone@stone-law-firm.com

March 19, 2007

**VIA E-MAIL**
**VIA REGULAR MAIL**

Daniel Mulholland, Esq.
Horty, Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213

Re:   U.S. *ex rel* Singh, *et al.* v. Bradford Regional Medical Center, *et al.*

Dear Dan,

This letter will acknowledge receipt of the copy of your subpoena directed to TriCounty Diagnostic Testing Services, LLC.

Plaintiff-Relators object to the Subpoena and Document Request on the grounds that the information requested is not relevant to the subject matter involved in the pending action and does not relate to a claim or defense of any of the parties to the litigation, nor does the information sought appear to be reasonably calculated to lead to the discovery of admissible evidence.

If you should have any questions with regard to this matter, please do not hesitate to contact me.

Very truly yours,

Andrew M. Stone

AMS/cjf

cc:   G. Mark Simpson, Esq.
      Carl Rychcik, Esq.
      James McNamara, Esq.