IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., DILBAGH SINGH, M.D., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRADFORD REGIONAL MEDICAL CENTER, et al., <br><br> Defendants. | Civil Action No. 04-186-E |

## O R D E R

AND NOW, this 11th day of May, 2007, upon consideration of Defendant Bradford Regional Medical Center's Motion to Compel Relators to Produce Documents and Answer Interrogatories (document No. 52) and Brief in Support thereof filed in the above captioned matter on May 10, 2007,

IT IS ORDERED that Plaintiffs/Relators file a response no later than May 16, 2007.

s/Maurice B. Cohill, Jr.<br>
Senior United States District Judge

ecf:   Counsel of record