IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : : | |
| Relators, | : : | |
| v. | : : | Civil Action No. 04-186E |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : : | |
| Defendants. | : : | |

## DEFENDANTS' MOTION TO UNSEAL REMAINING SEALED DOCUMENTS

Defendants Bradford Regional Medical Center ("BRMC"), V&S Medical Associates, LLC ("V&S"), Peter Vaccaro, M.D. ("Dr. Vaccaro") and Kamran Saleh, M.D. ("Dr. Saleh"), through their undersigned counsel, hereby move this Honorable Court to unseal the following documents which remain sealed in the above-captioned matter as referenced, where applicable, by document numbers on the docket sheet:

      2.    09/09/2004   SEALED MOTION with Proposed Order. (Entered: 09/10/2004)

      --    09/16/2004   ORDER upon motion granting motion to extend the seal period for 60 days. The Application be Granted and the US shall have up to and

1

including 11/12/04, within which to notify the Court of its decision to intervene in this action. Ordered that the complaint and all other filings in this case remain seal until further ordered of this Court. (Entered: 09/17/2004)

3.   11/04/2004  MOTION by UNITED STATES to Extend Time the Seal Period with Proposed Order. (Entered: 11/05/2004)

--   11/08/2004  ORDER upon motion granting motion to Extend Time the Seal Period and the United States shall have up to and including 1/11/05, within which to notify the Court of its decision to intervene in this action; and it is further ORDERED that the complaint and all other filings in this case remain under seal until further order of this Court. (Entered: 11/08/2004)

4.   01/11/2005  MOTION by UNITED STATES to Extend Time the seal period with Proposed Order. (Entered: 01/12/2005)

--   01/18/2005  ORDER upon motion granting motion to Extend Time the seal period until 3-12-05 (Entered: 01/19/2005)

5.   03/09/2005 MOTION by UNITED STATES to Extend Time of sealed period with Proposed Order. (Entered: 03/10/2005)

--   03/21/2005  ORDER upon motion granting motion to Extend Time of sealed period (Entered: 03/23/2005)

The reasons for this Motion are set forth in the accompanying Brief in Support thereof. Counsel for the Relators have advised they do not consent. In addition, the Assistant United States Attorney previously assigned to this matter has advised that the United States does not consent.

May 14, 2007                                    Respectfully submitted,


/s/ Daniel M. Mulholland III
Daniel M. Mulholland III
Pennsylvania Bar I.D. No. 28806
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
Phone: (412) 687-7677
Fax: (412) 687-7692
dmulholland@hortyspinger.com

Attorney for Bradford Regional
Medical Center

/s/ Carl J. Rychcik
Carl J. Rychcik
Fox Rothschild LLP
625 Liberty Avenue
29th Floor
Pittsburgh, PA 15222-3115
Phone: (412) 391-1334
Fax: (412) 391-6984
crychcik@foxrothschild.com

Attorney for
V&S Medical Associates, LLC
Peter Vaccaro, M.D.
Kamran Saleh, M.D.

160244.1
May 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on each of the following attorneys via the Court's electronic filing system and First Class United States mail on the date set forth below:

**Via electronic filing and U.S. mail:**

    Andrew M. Stone, Esquire
    Stone & Stone
    828 Frick Building
    437 Grant Street
    Pittsburgh, PA  15219

    G. Mark Simpson, Esquire
    Simpson Law Firm, LLC
    165 North Main Street
    Jonesboro, GA  30236

    Paul E. Skirtich, Esquire
    United States Attorney's Office
    700 Grant Street, Suite 4000
    USPO & Courthouse
    Pittsburgh, PA  15219

**Via U.S. mail only:**   Michael Granston, Esquire
    U.S. Department of Justice
    Commercial Litigation Branch
    P.O. Box 261
    Ben Franklin Station
    Washington, DC  20044


May 14, 2007                    /s/ Daniel M. Mulholland III
                                    Daniel M. Mulholland III