IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : : |
| Relators, | : : |
| v. | :  Civil Action No. 04-186E |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : : |
| Defendants. | : : |

## PROPOSED ORDER

This matter coming before the Court on Defendants' Motion to Unseal ("Motion to Unseal"), it is hereby ORDERED as follows:

1. The Motion to Unseal is GRANTED; and

2. The following documents filed in the above-captioned matter, as referenced, where applicable, by document numbers on the docket sheet, are hereby unsealed:

> 2. 09/09/2004 SEALED MOTION with Proposed Order. (Entered: 09/10/2004)
>
> -- 09/16/2004 ORDER upon motion granting motion to extend the seal period for 60 days. The Application be Granted and the US shall have up to and including 11/12/04, within which to notify the Court of its decision to intervene in this action. Ordered that the

1

complaint and all other filings in this case remain seal until further ordered of this Court. (Entered: 09/17/2004)

3.    11/04/2004  MOTION by UNITED STATES to Extend Time the Seal Period with Proposed Order. (Entered: 11/05/2004)

--    11/08/2004  ORDER upon motion granting motion to Extend Time the Seal Period and the United States shall have up to and including 1/11/05, within which to notify the Court of its decision to intervene in this action; and it is further ORDERED that the complaint and all other filings in this case remain under seal until further order of this Court. (Entered: 11/08/2004)

4.    01/11/2005 MOTION by UNITED STATES to Extend Time the seal period with Proposed Order. (Entered: 01/12/2005)

--    01/18/2005  ORDER upon motion granting motion to Extend Time the seal period until 3-12-05 (Entered: 01/19/2005)

5.    03/09/2005 MOTION by UNITED STATES to Extend Time of sealed period with Proposed Order. (Entered: 03/10/2005)

--    03/21/2005  ORDER upon motion granting motion to Extend Time of sealed period (Entered: 03/23/2005)

Date: _____    _____
Maurice B. Cohill, Senior Judge

2

163406.1
May 14, 2007