IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> DILBAGH SINGH, M.D., <br> PAUL KIRSCH, M.D., <br> V. RAO NADELLA, M.D., and <br> MARTIN JACOBS, M.D., <br><br> Relators, <br><br> v. <br><br> BRADFORD REGIONAL <br> MEDICAL CENTER, <br> V & S MEDICAL ASSOCIATES, LLC, <br> PETER VACCARO, M.D., <br> KAMRAN SALEH, M.D., <br> and DOES I through XX, <br><br> Defendants. | Civil Action No. 04-186E |

## ERRATA

Document Number 59. Joint Motion to Amend Case Management Order, mistakenly listed the United States as a filing party. Said Motion was only filed on behalf of the Relators and Defendant. Counsel for the United States has been notified of this error.

Respectfully submitted this 14th day of May 2007.

/s/ Daniel M. Mulholland III
Daniel M. Mulholland III, Esquire
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
(Phone) 412-687-7677
(Fax) 412-687-7692
(E-Mail) dmulholland@hortyspringer.com

Attorney for Defendant
Bradford Regional Medical Center