IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel., DILBAGH SINGH, M.D.,<br>et al.,<br><br>      Plaintiffs,<br><br>    vs.<br><br>BRADFORD REGIONAL MEDICAL<br>CENTER, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-186-E<br>)<br>)<br>)<br>)<br>) |

O R D E R

AND NOW, this 15th day of May, 2007, upon consideration of Defendants' Motion to Unseal Remaining Documents (document No. 57) and Brief in Support thereof filed in the above captioned matter on May 14, 2007,

IT IS ORDERED that the Government and Plaintiffs/Relators file a response no later than May 25, 2007.

                                                    s/Maurice B. Cohill, Jr.
                                                    Senior United States District Judge

ecf:    Counsel of record