IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* : <br> DILBAGH SINGH, M.D., : <br> PAUL KIRSCH, M.D., and : <br> V. RAO NADELLA, M.D., and : <br> MARTIN JACOBS, M.D., : <br>    Relators : <br> : <br> v.    : <br> : <br> BRADFORD REGIONAL MEDICAL : <br> CENTER, V & S MEDICAL : <br> ASSOCIATES, LLC, : <br> PETER VACARO, M.D., : <br> KAMRAN SALEH, M.D., : <br> and DOES I through XX, : <br>    Defendants : | CIVIL ACTION No. 04-186E |

## **ORDER**

AND NOW, to-wit, this _____ day of _____, 2007, it is hereby Ordered, Adjudged and Decreed that a Protective Order is entered in favor of Tri-County Diagnostic Services, LLC and Tri-County will not be required to respond to the subpoena filed by Bradford Regional Medical Center in the above-captioned matter.

                                                                                  _____
                                                                                  Hon. Maurice B. Cohill, D.J.

Document #346074, v1

5