# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

May 21, 2007

Asst. U.S. Atty. Paul Skirtich
Andrew M. Stone, Esquire
Gregory M. Simpson, Esquire
Daniel M. Mulholland, III, Esquire
Carl J. Rychcik, Esquire
Jay D. Marinstein, Esquire

In re:   United States, ex rel. M.D. Dilbagh Singh, et al. vs.
         Bradford Regional Medical Center, et al.
              Civil Action No. 04-186-E

Counsel:

   At the request of counsel for defendant Bradford Regional Medical Center, a Telephone Conference Call will be held on **Wednesday, May 23, 2007, at 10:30 a.m.** with Judge Maurice B. Cohill, Jr., to discuss the Order of Court issued on May 17, 2007. The Conference Call shall be initiated by counsel for defendant, Bradford Regional Medical Center, to this Court's Pittsburgh chambers at (412) 208-7380.

   If you have any questions regarding this matter, please contact me as soon as possible.

                                    Very truly yours,


                                    s/Karen M. Wilson
                                    Administrative Assistant to
                                    Senior Judge Maurice B. Cohill, Jr.