# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States ex rel. M.D. Dilbagh Singh, et al. | )<br>)<br>) |
| vs. | )    CV 04-186 Erie |
| Bradford Regional Medical Center, et al. | )<br>) |
| Defendants | ) |

**HEARING ON** Telephonic Status Conference

Before Hon. Maurice B. Cohill, Jr.

| | |
|---|---|
| Andrew Stone, Esq.<br>Mark Simpson, Esq.<br>Paul Skirtich, AUSA | Daniel Mulholland, Esq.<br>Carl Rychcik, Esq. |
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun   2:00 pm | Hrg Adjourned to |
| Hrg concluded C.A.V.   2:15 pm | Stenographer   none |

**WITNESSES**

For Plaintiff             For Defendant

Telephonic Status Conference held. Fact Discovery will be extended to September 4, 2007. An Amended Case Management Order will be entered.