IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, <br> DILBAGH SINGH M.D., <br> PAUL KIRSCH, M.D., <br> V. RAO NADELLA, M.D., and <br> MARTIN JACOBS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, <br> PETER VACCARO, M.D., <br> KAMRAN SALEH, M.D., and <br> DOES I through XX, <br><br> Defendants. | Civil No. 04-186 Erie |

### Order

AND NOW, to-wit, this 4th day of June, 2007, in consideration of Defendant's Motion to Unseal Remaining Sealed Documents (Doc. 57), it is hereby ORDERED that an on-the-record, in camera conference with counsel for the government is set for Tuesday, June 5, 2007, at 12:00 p.m.

Maurice B. Cohill, Jr.
United States District Court Judge

cc:   counsel of record