IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States ex. rel. )
DILBAUGH SINGH, et. al. )
_____ )
                         )
           vs.           )        CV 04-186 Erie
BRADFORD Regional Medical )
Center, et. al.          )
_____ )
            Defendants )

HEARING ON    Conference

Before    MAURICE B. Cohill, JR.

_____          PAUL SKIRTICH, AUSA
Appear for Plaintiff              Appear for Defendant

Hearing Begun    12:00 p.m.       Hrg Adjourned to _____

Hrg concluded C.A.V.  12:20 p.m.  Stenographer  Shirley Hall

                    WITNESSES
For Plaintiff                    For Defendant

IN Camera Conference with counsel for the government
regarding Defendants' Motion to Unseal Certain
Pleadings.