IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*, DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, <br><br>　　　　Defendants. | Civil Action No. 04-186 E <br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. Sec. 3730(b)(2)** |

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2005, I caused copies of the United States' Application to Extend the Seal, and proposed order, to be served by first-class mail, postage prepaid, on:

　　　Counsel for relators:

　　　Andrew M. Stone, Esquire
　　　STONE & STONE
　　　828 Frick Building
　　　437 Grant Street
　　　Pittsburgh, PA 15219

　　　　　　　　　/s/ Robert L. Eberhardt
　　　　　　　　　ROBERT L. EBERHARDT
　　　　　　　　　Assistant United States Attorney