IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,<br><br>               Relators,<br><br>v.<br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-186E<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DISCOVERY DISPUTE CERTIFICATE

The undersigned counsel for Bradford Regional Medical Center has conferred and consulted with opposing counsel with respect to each matter set forth in the foregoing motion and was unable to resolve the differences which exist. Conferences and consultations were conducted in person on August 21, 2007.

Date: August 24, 2007

                                          /s/ Daniel M. Mulholland III
                                        Daniel M. Mulholland III, Esquire

                                        Attorney for
                                        Bradford Regional Medical Center