# AFFIDAVIT

Daniel M. Mulholland III, being duly sworn according to law, hereby states that the facts set forth in the attached Motion to Quash filed by Bradford Regional Medical Center are true and correct to the best of his knowledge, information and belief.

August 24, 2007

_Dan Mulholland_
Daniel M. Mulholland III

Sworn and subscribed before me this 24th day of August 2007.

_Lisa A. Hertzer_
Notary Public

My commission expires:

4-4-2011

(Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lisa A. Hertzer, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires April 4, 2011

Member, Pennsylvania Association of Notaries

165815.1
August 24, 2007