Re: Singh v. BRMC                                                                                    Page 1 of 1

## Dan Mulholland

| | |
|---|---|
| **From:** | Rychcik, Carl J.. [CRychcik@foxrothschild.com] |
| **Sent:** | Monday, August 13, 2007 4:46 PM |
| **To:** | mark@marksimpsonlaw.com; Dan Mulholland |
| **Cc:** | astone@stones2.com |
| **Subject:** | Re: Singh v. BRMC |

I am out of the office this week with limited access to e-mails. I will have to deal with this upon my return.


-----Original Message-----
From: Mark Simpson <mark@marksimpsonlaw.com>
To: Dan Mulholland <dmulholland@hortyspringer.com>; Rychcik, Carl J..
CC: Andrew Stone <astone@stones2.com>
Sent: Mon Aug 13 15:53:37 2007
Subject: Singh v. BRMC

Please see attached letter

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
-----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service. We will reimburse you for all expenses incurred.

Thank you.

8/21/2007

**EXHIBIT 3**