## Dan Mulholland

**From:** Dan Mulholland
**Sent:** Monday, August 13, 2007 5:12 PM
**To:** 'Rychcik, Carl J..'; mark@marksimpsonlaw.com
**Cc:** astone@stones2.com
**Subject:** RE: Singh v. BRMC

I will respond to your e-mail next week as well.

Dan Mulholland
Horty, Springer & Mattern
4614 Fifth Avenue
Pittsburgh, PA  15213
phone: 412-687-7677
fax: 412-687-7692
dmulholland@hortyspringer.com
www.hortyspringer.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.  This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections.  If you are not the intended recipient or the individual responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify our office by telephone at 412-687-7677.  Thanks.

IRS Circular 230 disclosure: To ensure compliance with guidance from the IRS and other taxing authorities, please be advised that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Rychcik, Carl J.. [mailto:CRychcik@foxrothschild.com]
**Sent:** Monday, August 13, 2007 4:46 PM
**To:** mark@marksimpsonlaw.com; Dan Mulholland
**Cc:** astone@stones2.com
**Subject:** Re: Singh v. BRMC

I am out of the office this week with limited access to e-mails.  I will have to deal with this upon my return.

-----Original Message-----
From: Mark Simpson <mark@marksimpsonlaw.com>
To: Dan Mulholland <dmulholland@hortyspringer.com>; Rychcik, Carl J..
CC: Andrew Stone <astone@stones2.com>
Sent: Mon Aug 13 15:53:37 2007
Subject: Singh v. BRMC

Please see attached letter

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication

8/21/2007

EXHIBIT
4

(including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
-----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

8/21/2007