CONFIDENTIAL - PROTECTED HEALTH INFORMATION

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

UNITED STATES OF AMERICA, ex rel.  )
DILBAGH SINGH, M.D., PAUL KIRSCH,  )
M.D., V. RAO NADELLA, M.D., and    )
MARTIN JACOBS, M.D.,               )
                                   )
                Plaintiffs,        )
                                   )  Civil Action
         vs.                       )  No. 04-186E
                                   )
BRADFORD REGIONAL MEDICAL CENTER,  )
V&S MEDICAL ASSOCIATES, LLC,       )
PETER VACCARO, M.D., KAMRAN SALEH, )
M.D., and DOES I through XX,       )
                                   )
                Defendants.        )

DEPOSITION OF CORPORATE DESIGNEE OF

BRADFORD REGIONAL MEDICAL CENTER

THURSDAY, JULY 26, 2007

Deposition of CORPORATE DESIGNEE OF BRADFORD REGIONAL MEDICAL CENTER, called as a witness by the Plaintiffs, taken pursuant to Notice of Deposition and the Federal Rules of Civil Procedure, by and before Joy A. Hartman, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Horty Springer, 4614 Fifth Avenue, First Floor, Pittsburgh, Pennsylvania, commencing at 10:03 a.m. on the day and date above set forth.

JOHNSON and MIMLESS
(412) 765-0744


EXHIBIT 9

Case 1:04-cv-00186-MBC   Document 74-12   Filed 08/24/2007   Page 2 of 2

USA, et al., vs. Bradford, et al.  Multi-Page™  Corp. Designee BRMC
No. 04-186E  July 26, 2007

### Page 214

1 the date of the communication, participants in the
2 communication, the form of communication, whether by
3 letter, email, memorandum, telephone, face to face, or
4 otherwise, and a detailed description of the subject
5 matter of the communication."
6     The response that was provided was that in
7 addition to some objections, it says, "To the extent
8 that BRMC subsequently determines to argue reliance on
9 advice of counsel as part of its defense of good
10 faith, BRMC shall supplement this response."
11     At this point in time, is the hospital
12 asserting a defense of good faith which would
13 incorporate an advice of counsel defense?
14 A. No.
15     MR. MULHOLLAND: We are asserting a good
16 faith defense, but not based on advice of
17 counsel.
18     MR. STONE: Mr. Leonhardt, it has been a
19 long day for you, I'm sure. It has been a long
20 day for all of us. I appreciate your coming
21 in.
22     Does anybody else have any other
23 questions?

### Page 215

1     MR. RYCHCIK: No.
2     MR. MULHOLLAND: No questions. We will
3 reserve the right on behalf of the corporation
4 to have the deponents read and sign.
5     (Whereupon, the deposition was concluded
6 at 5:24 p.m., and signature was not waived.)
7     - - -

### Page 216

1                C E R T I F I C A T E
2 COMMONWEALTH OF PENNSYLVANIA  :
                               : SS.:
3 COUNTY OF ALLEGHENY           :
4     I, Joy A. Hartman, a Notary Public in and for
the Commonwealth of Pennsylvania, do hereby certify
5 that before me personally appeared TINA MARIE HANNAHS,
GLEN ALAN WASHINGTON, and GEORGE LEONHARDT, the
6 witnesses herein, who then were by me first duly
cautioned and sworn to testify the truth, the whole
7 truth and nothing but the truth in the taking of their
oral deposition in the cause aforesaid; that the
8 testimony then given by them as above set forth was
reduced to stenotypy by me, in the presence of said
9 witness, and afterwards transcribed by computer-aided
transcription under my direction.
10
    I do further certify that this deposition was
11 taken at the time and place specified in the foregoing
caption, and signature was not waived.
12
    I do further certify that I am not a relative
13 of or counsel or attorney for any party hereto, nor am
I otherwise interested in the event of this action.
14
    IN WITNESS WHEREOF, I have hereunto set my hand
15 and affixed my seal of office at Pittsburgh,
Pennsylvania, on this 31st day of July, 2007.
16
    The foregoing certification does not apply to
17 any reproduction of this transcript in any respect
unless under the direct control and/or direction of
18 the certifying reporter.
19
20     _____
21         Joy A. Hartman, Notary Public
           in and for the Commonwealth of
22         Pennsylvania
23 My commission expires May 9, 2010.