IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>DILBAGH SINGH, M.D.,<br>PAUL KIRSCH, M.D.,<br>V. RAO NADELLA, M.D., and<br>MARTIN JACOBS, M.D.,<br><br>                 Relators,<br><br>v.<br><br>BRADFORD REGIONAL<br> MEDICAL CENTER,<br>V & S MEDICAL ASSOCIATES, LLC,<br>PETER VACCARO, M.D.,<br>KAMRAN SALEH, M.D.,<br>and DOES I through XX,<br><br>                 Defendants. | Civil Action No. 04-186E |

## PROPOSED ORDER

This matter is pending on a motion by Defendant Bradford Regional Medical Center ("BRMC") to quash the subpoena served by counsel for the Relators to take the deposition of BRMC's counsel, Daniel M. Mulholland III. After considering BRMC's Motion to Quash, said subpoena and the briefs of the parties submitted in connection therewith,

IT IS HEREBY ORDERED that the motion of BRMC is granted and the subpoena served by counsel for the Relators to take the deposition of Mr. Mulholland is quashed.

Dated: August __, 2007

_____
Maurice B. Cohill
United States District Judge

165811.1
August 24, 2007