IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* : | |
| DILBAGH SINGH, M.D., : | |
| PAUL KIRSCH, M.D., : | |
| V. RAO NADELLA, M.D., and : | |
| MARTIN JACOBS, M.D., : | |
| : | |
| **Relators,** : | |
| : | |
| v. : | Civil Action No. 04-186E |
| : | |
| BRADFORD REGIONAL : | |
| MEDICAL CENTER, : | |
| V & S MEDICAL ASSOCIATES, LLC, : | |
| PETER VACCARO, M.D., : | |
| KAMRAN SALEH, M.D., : | |
| and DOES I through XX, : | |
| : | |
| **Defendants.** : | |
| : | |

## MOTION TO SEAL

Bradford Regional Medical Center, through its undersigned counsel, hereby moves that Exhibits 5, 6 and 7 appended to its Motion to Quash (Document 74) filed with this Court on August 24, 2007 be entered under seal pursuant to the Court's previous Protective Order Governing Confidentiality of Documents to be Produced and Information Obtained in Discovery (Document 50), in order to allow any party to designate said documents as confidential as permitted by said Protective Order. Said Exhibits were inadvertently attached without a request that they be entered into the record under seal.

Respectfully submitted,

August 27, 2007

/s/ Daniel M. Mulholland III
Daniel M. Mulholland III, Esquire
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213
412-687-7677 (phone)
412-687-7692 (fax)
dmulholland@hortyspringer.com

Attorney for
Bradford Regional Medical Center

165880.1
August 27, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date he served the following with a copy of the foregoing Motion to Seal by e-mail via the Court's ECF system and by first class United States mail, addressed as follows:

>Andrew M. Stone
>Allegheny Building, Suite 1400
>429 Grant Street
>Pittsburgh, PA  15219
>
>G. Mark Simpson
>Simpson Law Firm, LLC
>165 North Main Street
>Jonesboro, GA  30236
>
>Carl J. Rychcik
>Fox Rothschild, LLP
>625 Liberty Avenue, 29th Floor
>Pittsburgh, PA  15222
>
>Paul E. Skirtich
>Assistant U.S. Attorney
>Western District of PA
>U.S. Post Office & Courthouse
>700 Grant Street, Suite 4000
>Pittsburgh, PA 15219

This 27th day of August 2007.

>/s/ Daniel M. Mulholland III
>Daniel M. Mulholland III, Esquire

165880.1
August 27, 2007