IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,** | : : : : : : |
| Relators, | : : |
| v. | : Civil Action No. 04-186E : |
| **BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,** | : : : : : : |
| Defendants. | : : |

**PROPOSED ORDER**

Exhibits 5, 6 and 7 appended to Bradford Regional Medical Center's Motion to Quash (Document 74) filed with this Court on August 24, 2007 are hereby ORDERED to be sealed. Any party may designate said documents as confidential as permitted by the Court's previous Protective Order Governing Confidentiality of Documents to be Produced and Information Obtained in Discovery (Document 50).

Dated: August __, 2007

_____
Maurice B. Cohill
United States District Judge