IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> DILBAGH SINGH, M.D., <br> PAUL KIRSCH, M.D., <br> V. RAO NADELLA, M.D., and <br> MARTIN JACOBS, M.D., <br><br> Relators, <br><br> v. <br><br> BRADFORD REGIONAL <br> MEDICAL CENTER, <br> V & S MEDICAL ASSOCIATES, LLC, <br> PETER VACCARO, M.D., <br> KAMRAN SALEH, M.D., <br> and DOES I through XX, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 04-186E |

## PROPOSED ORDER

Exhibits 5, 6 and 7 appended to Bradford Regional Medical Center's Motion to Quash (Document 74) filed with this Court on August 24, 2007 are hereby ORDERED to be sealed. Any party may designate said documents as confidential as permitted by the Court's previous Protective Order Governing Confidentiality of Documents to be Produced and Information Obtained in Discovery (Document 50).

Dated: August 28th 2007

*Maurice B. Cohill, Jr.*
Maurice B. Cohill
United States District Judge