# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-186-E |
| v. | ) ) ) ) | JUDGE COHILL |
| BRADFORD REGIONAL MEDICAL CENTER, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

AND NOW this ____day of _____, 2007, upon consideration of the Plaintiffs' Motion to file their response to the Defendants' Motion to Quash under seal, it is hereby ordered that Plaintiffs are granted leave to file said Response under seal.

_____
Maurice B. Cohill, Jr.
United States District Court Judge