IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,**
**V. RAO NADELLA, M.D., and**
**MARTIN JACOBS, M.D.,**

        Plaintiffs,                    CIVIL ACTION NO. 04-186E

v.

**BRADFORD REGIONAL MEDICAL CENTER,**    Judge Cohill
**V & S MEDICAL ASSOCIATES, LLC,**
**PETER VACCARO, M.D.,**
**KAMRAN SALEH, M.D.,**
**and DOES I through XX,**

        Defendants.

**PLAINTIFFS' MOTION FOR
COURT ORDER TO OBTAIN HHS RECORDS**

      As set forth in the accompanying brief, Relators have served a subpoena upon Highmark, Inc., the Medicare intermediary, seeking information identifying claims submitted by Defendant Bradford Regional Medical Center ("BRMC") based upn referrals from Drs. Peter Vaccaro and Kamran Saleh.  Highmark has indicated that it is willing to produce the requested information.  However, Highmark contends that the Privacy Act, 5 U.S.C. § 552a, requires an order from the Court before it is able to provide

the information. Highmark has provided Relators with language for a proposed order, which Relators have submitted herewith.[1]

Accordingly, for the reasons set forth in the accompanying brief, Relators respectfully request that the Court enter the attached order, which will allow Highmark to produce the information sought in the subpoena.

This 31st day of August, 2007.

Respectfully Submitted,

/S/ Andrew M. Stone
Andrew M. Stone
(Pa. #35176)
STONE LAW FIRM, LLC
1400 Allegheny Bldg., 429 Forbes Ave.
Pittsburgh, Pa. 15219
Phone: (412) 391-2005
Fax: (412) 391-0853
astone@stone-law-firm.com


/S/ G. Mark Simpson
G. Mark Simpson
Georgia Bar No. 647725
SIMPSON LAW FIRM, LLC
165 North Main Street
Jonesboro, Georgia 30236
Phone: (678) 610-1994
Fax: (678) 302-8721
mark@marksimpsonlaw.com

---

[1] Relators have asked Defendants to consent to the entry of an order. Defendants responded that they are not willing to consent, although they do not believe that they will object to such an order.

2

<u>Certificate of Service</u>

I hereby certify that on August 31st 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Daniel M. Mulholland, III
>Carl J. Rychcik
>Paul E. Skirtich

This 31st day of August, 2007.

>/S/ Andrew M. Stone
>Andrew M. Stone
>(Pa. #35176)
>STONE LAW FIRM, LLC
>1400 Allegheny Bldg., 429 Forbes Ave.
>Pittsburgh, Pa. 15219
>Phone: (412) 391-2005
>Fax: (412) 391-0853
>astone@stone-law-firm.com