IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

UNITED STATES OF AMERICA, *ex rel.*
DILBAGH SINGH, M.D., PAUL KIRSCH, M.D.,
V. RAO NADELLA, M.D., and
MARTIN JACOBS, M.D.,                             CIVIL ACTION NO. 04-186E

v.

BRADFORD REGIONAL MEDICAL CENTER,                Judge Cohill
V & S MEDICAL ASSOCIATES, LLC,
PETER VACCARO, M.D.,
KAMRAN SALEH, M.D.,
and DOES I through XX,

## ORDER

This _____ day of _____ 2007, by the United States District Court for the Western District of Pennsylvania, it is ORDERED that:

The U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, produce the following documents to Andrew M. Stone, Esquire, Stone Law Firm, L.L.C, 1400 Allegheny Building, 429 Forbes Avenue, Pittsburgh, Pennsylvania 15219, counsel for Plaintiff United States *ex rel.* Dilbagh Singh, M.D. *et al.*:

> A list of inpatient and outpatient Medicare claims submitted by Bradford Regional Medical Center, Provider Number 39-0118, to Highmark Medicare Services, including the amount paid by Medicare on all such claims, on which either Peter Vaccaro, UPIN F84602, or Kamran Saleh, UPIN F90399, is identified as attending physician, referring physician, or other physician, for the time period October 1, 2003 to the present.

_____
Maurice B. Cohill, Jr.
United States District Judge