## Andrew Stone

**From:** Kanc, Maureen U. (HHS/OGC) [Maureen.Kanc@HHS.GOV]
**Sent:** Friday, August 24, 2007 1:28 PM
**To:** Andrew Stone
**Subject:** Singh v BRMC

Hi, Andy:

I called Alvina Osman at Highmark again to check on the "other physician" category, which you indicated is identified in Box 83 of the Form UB-92. She said that she could add that category to the ad hoc reports program that she will need to prepare to have the data extracted. Therefore, I added "other physician" to the draft language of the Order below. Obviously, the case caption and docket number will need to be added.

It is this _____ Day of _____ 2007, by the United States District Court for the Western District of Pennsylvania, Erie Division, ORDERED that:

The U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, produce the following documents to Andrew M. Stone, Esquire, Stone Law Firm, L.L.C, 1400 Allegheny Building, 429 Forbes Avenue, Pittsburgh, Pennsylvania 15219, counsel for Plaintiff United States *ex rel.* Diloagh Singh, M.D. *et al.*:

A list of inpatient and outpatient Medicare claims submitted by Bradford Regional Medical Center, Provider Number 39-0118, to Highmark Medicare Services, including the amount paid by Medicare on all such claims, on which either Peter Vaccaro, UPIN F84602, or Kamran Saleh, UPIN F90399, is identified as attending physician, referring physician, or other physician, for the time period October 1, 2003 to the present.

_____
United States District Judge

Maureen

Maureen Urban Kanc
Assistant Regional Counsel
U.S. Dept. Health & Human Services, OGC III
Maureen.Kanc@hhs.go
215-861-4464 (phone)
215-861-4462 (fax)

The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of the General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.