**Andrew Stone**

| | |
|---|---|
| **From:** | Rychcik, Carl J.. [CRychcik@foxrothschild.com] |
| **Sent:** | Monday, August 27, 2007 5:43 PM |
| **To:** | Andrew Stone |
| **Cc:** | Dan Mulholland; Mark Simpson |
| **Subject:** | US ex rel Singh |

Andy:

I agree with Dan on behalf of my clients as well. I am also unable and unwilling to agree to the requested consent order. However, my clients also may not object to a motion the Relators prepare requesting an order that permits Medicare and Highmark to release the data covered by your subpoena. As with BRMC, though, prior to making this determination, we would first have to review the contents of any such motion, and this would be contingent on our reserving all rights to contest the introduction, construction or use of the information provided in response to the subpoena.

**Carl J. Rychcik**
Attorney at Law
**Fox Rothschild LLP**
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
412.394.5549 - direct
412.391-6984 - fax
crychcik@foxrothschild.com
www.foxrothschild.com

---

**From:** Dan Mulholland [mailto:DMulholland@hortyspringer.com]
**Sent:** Monday, August 27, 2007 4:28 PM
**To:** Andrew Stone; Rychcik, Carl J..
**Cc:** Mark Simpson
**Subject:** RE: US ex rel Singh

Andy: after consideration of your request and consultation with my client, I don't think we can agree to a consent order, since doing so could be construed as waiving our right to contest the introduction, construction or use of the information provided in response to the subpoena at trial or in any dispositive motion. However, BRMC would not object to a motion by Relators for an order permitting Medicare and Highmark to release the data that was covered by your subpoena, subject to our review and approval of any such motion and Relators' agreement that we reserve the right to contest the introduction, construction or use of the information provided in response to the subpoena. Please let me know if this is acceptable.
Dan Mulholland
Horty, Springer & Mattern
4614 Fifth Avenue
Pittsburgh, PA 15213
phone: 412-687-7677
fax: 412-687-7692
dmulholland@hortyspringer.com
www.hortyspringer.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections. If you are not the intended recipient or the individual

responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify our office by telephone at 412-687-7677. Thanks.

IRS Circular 230 disclosure: To ensure compliance with guidance from the IRS and other taxing authorities, please be advised that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Andrew Stone [mailto:astone@stones2.com]
**Sent:** Monday, August 27, 2007 2:46 PM
**To:** Dan Mulholland; 'Rychcik, Carl J..'
**Cc:** 'Mark Simpson'
**Subject:** RE: US ex rel Singh

Dan & Carl,

An enumerated exception to the prohibition against gov't agency disclosure of records covered by Privacy Act is "except pursuant to order of court of competent jurisdiction." 5 U.S.C. § 552a (b) (11) . Let me know whether you consent. We are expecting the information in an electronic spread sheet format and will make copies available to you.

Andy

---

**From:** Dan Mulholland [mailto:DMulholland@hortyspringer.com]
**Sent:** Monday, August 27, 2007 9:46 AM
**To:** Andrew Stone; Rychcik, Carl J..
**Cc:** Mark Simpson
**Subject:** RE: US ex rel Singh

Andy: I have asked the hospital for direction with respect to your request. Could you please direct me to the relevant sections of the Privacy Act that would related to this proposed order? Also, would you be willing to give us a copy of whatever you receive in response to your request from Highmark/HHS? I suspect that the hospital would not oppose a motion on your part for an order allowing this information to be produced, but I need to have all relevant information to discuss your request with them. Thanks.

Dan Mulholland
Horty, Springer & Mattern
4614 Fifth Avenue
Pittsburgh, PA  15213
phone: 412-687-7677
fax: 412-687-7692
dmulholland@hortyspringer.com
www.hortyspringer.com

---

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections. If you are not the intended recipient or the individual responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify our office by telephone at 412-687-7677. Thanks.

IRS Circular 230 disclosure: To ensure compliance with guidance from the IRS and other taxing authorities, please be advised that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter

addressed herein.

---

**From:** Andrew Stone [mailto:astone@stones2.com]
**Sent:** Friday, August 24, 2007 6:39 PM
**To:** Dan Mulholland; 'Rychcik, Carl J..'
**Cc:** 'Mark Simpson'
**Subject:** US ex rel Singh

Gentlemen:

So as to comply with requirements of Privacy Act, I have attached a proposed Consent Order. Please advise with regard to your consent.

Very Truly Yours,

Andrew M. Stone

412-391-2005 ext 102

```
ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
-------------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service. We will reimburse you for all expenses incurred.

Thank you.
```