IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | : : : : : : |
| **Relators,** | : : |
| v. | : Civil Action No. 04-186E : |
| BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, | : : : : : : |
| **Defendants.** | : : |

## DISCOVERY DISPUTE CERTIFICATE

The undersigned counsel for Defendants have conferred and consulted with opposing counsel with respect to each matter set forth in the foregoing motion during the depositions of Relators on August 20 and 21, 2007 and were unable to resolve the differences that exist. Counsel also conferred via e-mail on August 31, 2007, but were unable to resolve the differences that exist.

1

166042.1
September 4, 2007

September 4, 2007                     Respectfully submitted,

/s/ Carl J. Rychcik
Carl J. Rychcik
Pennsylvania ID No. 73754
FOX ROTHSCHILD, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA  15222
Phone:  (412) 394-5549
crychcik@foxrothschild.com

Attorneys for Defendants
V&S Medical Associates, LLC
Peter Vaccaro, M.D.
Karman Saleh, M.D.


/s/ Daniel M. Mulholland III
Daniel M. Mulholland III
Pennsylvania ID No. 28806
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
Phone: (412) 687-7677
Fax: (412) 687-7692
dmulholland@hortyspinger.com

Attorneys for Defendant
Bradford Regional Medical Center

166042.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date he served the following with a copy of the foregoing Discovery Dispute Certificate by e-mail via the Court's ECF system and by first class United States mail, addressed as follows:

> Andrew M. Stone
> Allegheny Building, Suite 1400
> 429 Grant Street
> Pittsburgh, PA  15219
>
> G. Mark Simpson
> Simpson Law Firm, LLC
> 165 North Main Street
> Jonesboro, GA  30236
>
> Paul E. Skirtich
> Assistant U.S. Attorney
> Western District of PA
> U.S. Post Office & Courthouse
> 700 Grant Street, Suite 4000
> Pittsburgh, PA 15219

This 4th day of September 2007.

> /s/ Daniel M. Mulholland III
> Daniel M. Mulholland III, Esquire

166042.1
September 4, 2007