IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., :  :  :  :  :  :  Relators, :  :   v. :  :  BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, :  :  :  :  :  :  :  :  Defendants. :  : | Civil Action No. 04-186E |

## PROPOSED ORDER

It is hereby ORDERED that Defendants' Motion to file Exhibits 1 through 6 to Defendants' Motion to Compel (Document 85) under seal is hereby granted.  Defendants are hereby directed to file said documents with the Court under seal.

Dated: September __, 2007

_____
Maurice B. Cohill
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date he served the following with a copy of the foregoing Proposed Order by e-mail via the Court's ECF system and by first class United States mail, addressed as follows:

>Andrew M. Stone
>Allegheny Building, Suite 1400
>429 Grant Street
>Pittsburgh, PA  15219
>
>G. Mark Simpson
>Simpson Law Firm, LLC
>165 North Main Street
>Jonesboro, GA  30236
>
>Paul E. Skirtich
>Assistant U.S. Attorney
>Western District of PA
>U.S. Post Office & Courthouse
>700 Grant Street, Suite 4000
>Pittsburgh, PA 15219

This 4th day of September 2007.

>/s/ Daniel M. Mulholland III
>Daniel M. Mulholland III