IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD REGIONAL MEDICAL CENTER, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-186-E<br><br>JUDGE COHILL |

## ORDER

AND NOW this 4th day of Sept., 2007, upon consideration of the Plaintiffs' Motion to file their response to the Defendants' Motion to Quash under seal, it is hereby ordered that Plaintiffs are granted leave to file said Response under seal.

Maurice B. Cohill, Jr.
United States District Court Judge