IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br>      Relators, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, <br><br>      Defendants. | Civil Action No. 04-186E |

## PROPOSED ORDER

It is hereby ORDERED that Defendants' Motion to file Exhibits 1 through 6 to Defendants' Motion to Compel (Document 85) under seal is hereby granted. Defendants are hereby directed to file said documents with the Court under seal.

Dated: September 5, 2007

*Maurice B. Cohill, Jr.*
Maurice B. Cohill
United States District Judge

166078.1
September 4, 2007