IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., :::::   Relators, ::::  v. :: BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX, ::::::   Defendants. | Civil Action No. 04-186E |

### DEFENDANT BRADFORD REGIONAL MEDICAL CENTER'S RULE 26(a)(1) DISCLOSURES

NOW COMES Defendant Bradford Regional Medical Center ("BRMC"), through its undersigned attorneys, which makes the following disclosures required by F.R.C.P. 26(a)(1). In making said disclosures, BRMC expressly reserves any evidentiary privileges or objections that may be asserted with respect to the information described below.

(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1. George Leonhardt
   President/CEO
   Bradford Regional Medical Center
   116 Interstate Parkway
   Bradford, PA 16701-0218
   814-362-8233

   Information regarding the equipment lease between BRMC and V&S Medical Associates, LLC ("V&S") and negotiations related thereto, BRMC's Policy on Physicians with Competing Interests and other matters related to the claims of Relators and/or defenses of BRMC.

2. James Tarasovitch
   Senior Vice President/CFO
   Bradford Regional Medical Center
   116 Interstate Parkway
   Bradford, PA 16701-0218
   814-362-8233

   Information regarding BRMC's Medicare, Medicaid and CHAMPUS cost reports and other financial matters relating to the claims of Relators and/or defenses of BRMC.

3. Robert E. Fisher
   President and CEO
   Brookville Hospital
   100 Hospital Road
   Brookville, PA 15825

   Information regarding the equipment lease between BRMC and V&S.

4. Charles T. Day
   Senior Vice President Finance & Treasurer
   Sioux Valley Hospitals and Health System
   1305 W. 18th Street
   Sioux Falls, SD 57105
   605-333-6569

   Information regarding the fair market value of amounts paid by BRMC to V&S pursuant to the equipment lease.

5.  Susan Stowell
    Consultant
    Stroudwater Associates
    443 Congress Street
    Portland, ME 04101
    207-756-6090

    Information regarding the fair market value of amounts paid by BRMC to V&S pursuant to the equipment lease.

6.  Marc E. Voyvodich
    Chairman and CEO
    Stroudwater Associates
    443 Congress Street
    Portland, ME 04101
    207-756-6090

    Information regarding the fair market value of amounts paid by BRMC to V&S pursuant to the equipment lease.

7.  Kamran Saleh, M.D.
    V & S Medical Associates, LLC
    24 W. Washington Street
    Bradford, PA 16701
    814-368-1000

    Information regarding the equipment lease between BRMC and V&S and negotiations related thereto, discussions with BRMC relating to BRMC's Policy on Physicians with Competing Interests.

8.  Peter Vaccaro, M.D.
    V & S Medical Associates, LLC
    24 W. Washington Street
    Bradford, PA 16701
    814-368-1000

    Information regarding the equipment lease between BRMC and V&S and negotiations related thereto, discussions with BRMC relating to BRMC's Policy on Physicians with Competing Interests.

9.  Michael Shanks
    Budget Manager
    Bradford Regional Medical Center
    116 Interstate Parkway
    Bradford, PA  16701-0218
    814-362-8233

    Information regarding BRMC's budget process and finances.

10. Tina Hannahs
    Director of Revenue Management
    Bradford Regional Medical Center
    116 Interstate Parkway
    Bradford, PA  16701-0218
    814-362-8233

    Information regarding claims for payment submitted by BRMC to Medicare, Medicaid and CHAMPUS.

11. Bradley Brotherton, CPA
    BK & D
    Springfield, MO
    417-865-8701

    Information regarding BRMC's Medicare cost reports.

12. Glen A. Washington
    Sr. Vice President, Operations
    Bradford Regional Medical Center
    116 Interstate Parkway
    Bradford, PA  16701-0218
    814-362-8233

    Information regarding operations of BRMC.

13. Cathy Rouff
    Executive Secretary
    Bradford Regional Medical Center
    116 Interstate Parkway
    Bradford, PA 16701-0218
    814-362-8233

    Information regarding Board minutes of BRMC.

14. William Schroeder
    Philips Medical Capital
    6 Ashcroft Street
    Auburn, MA 01501
    508-832-5238

    Information regarding lease of nuclear imaging equipment by BRMC and V&S.

15. Weston Feldin
    Philips Medical Capital
    1111 Old Eagle School Road
    Wayne, PA 19087
    866-514-4762

    Information regarding lease of nuclear imaging equipment by BRMC and V&S.

16. Tim Weppner
    Philips Medical Capital
    1111 Old Eagle School Road
    Wayne, PA 19087
    866-514-4762

    Information regarding lease of nuclear imaging equipment by BRMC and V&S.

17. Tim Brown
    Director of Diagnostic Imaging
    Bradford Regional Medical Center
    116 Interstate Parkway
    Bradford, PA 16701-0218
    814-362-8233

    Information regarding lease of nuclear imaging equipment by BRMC and V&S.

18. Barbara Robinson
    Philips Medical Capital
    1111 Old Eagle School Road
    Wayne, PA 19087
    866-514-4762

    Information regarding lease of nuclear imaging equipment by BRMC and V&S.

19. Jason Gerdes
    Philips Medical Capital
    1111 Old Eagle School Road
    Wayne, PA 19087
    866-514-4762

    Information regarding lease of nuclear imaging equipment by BRMC and V&S.

20. Dilbagh Singh, M.D.
    6 North Center Street
    Bradford, PA 16701
    814-368-7000

    Information regarding claims made in Relators' Complaint.

21. Paul Kirsch, M.D.
    1223 E. Main Street
    Bradford, PA 16701
    814-368-5402

    Information regarding claims made in Relators' Complaint.

22. V. Rao Nadella, M.D.
    6 North Center Street
    Bradford, PA 16701
    814-368-7000

    Information regarding claims made in Relators' Complaint.

157953.3
November 21, 2006

23. Martin Jacobs, M.D.
    125 Main Street
    Suite 205
    Bradford, PA 16701
    814-368-7154

    Information regarding claims made in Relators' Complaint.

24. Debbie Allison
    President, BRMC Auxiliary
    144 Congress Street
    Bradford, PA 16701
    814-362-3334

    Information about actions and discussions of BRMC Board while a member of Board.

25. Doug Bell
    President/CEO
    Control Chief Corporation, Inc.
    200 Williams Street
    Bradford, PA 16701
    814-362-6811

    Information about actions and discussions of BRMC Board while a member of Board.

26. Francis Cahill
    Owner
    Hollenbeck-Cahill Funeral Home
    P.O. Box 46
    Bradford, PA 16701
    814-362-6643

    Information about actions and discussions of BRMC Board while a member of Board.

27. Mike Cahill
    Funeral Director
    Hollenbeck-Cahill Funeral Home
    P.O. Box 46
    Bradford, PA 16701
    814-362-6643

    Information about actions and discussions of BRMC Board while a member of Board.

28. Carlyle Conn
    Sales & Marketing
    MM Answering Service
    21 E. Corydon Street
    Bradford, PA 16701
    814-362-4658

    Information about actions and discussions of BRMC Board while a member of Board.

29. Rev. J. Arthur Cox
    465 Interstate Parkway
    Bradford, PA 16701
    814-362-9924

    Information about actions and discussions of BRMC Board while a member of Board.

30. Martin Digel
    President
    Hamlin Bank & Trust
    333 W. Main Street
    P.O. Box 367
    Smethport, PA 16749
    814-887-5555

    Information about actions and discussions of BRMC Board while a member of Board.

157953.3
November 21, 2006

31. Fred Gallup
    McDowell Wick Daly
      Gallup & Hauser
    78 Main Street
    Bradford, PA 16701
    814-362-5517

    Information about actions and discussions of BRMC Board while a member of Board.

32. David Godfrey, M.D.
    VP Medical Affairs
    Bradford Regional Medical Center
    125 Main Street
    Bradford, PA 16701
    814-368-7125

    Information about actions and discussions of BRMC Board while Vice President of Medical Affairs.

33. Luis Gonzalez, M.D.
    Medical Staff President
    Bradford Regional Medical Center
    181 Interstate Parkway
    Bradford, PA 16701
    814-362-4345

    Information about actions and discussions of BRMC Board while a member of Board.

34. Harrijane Hannon
    Register of Wills
    McKean County Courthouse
    P.O. Box 202
    Smethport, PA 16749
    814-887-3263

    Information about actions and discussions of BRMC Board while a member of Board.

35. Christopher Hauser
McDowell Wick Daly
  Gallup & Hauser
78 Main Street
Bradford, PA 16701
814-362-5517

Information about actions and discussions of BRMC Board while a member of Board.

36. Daniel McCune
Plant Manager
Allegheny Bradford Corp.
P.O. Box 200
Bradford, PA 16701
814-362-2590

Information about actions and discussions of BRMC Board while a member of Board.

37. Richard McDowell, Ph.D.
Board Chairman
President Emeritus
University of Pittsburgh at Bradford
300 Campus Drive
Bradford, PA 16701
814-362-5020

Information about actions and discussions of BRMC Board while a member of Board.

38. Sandra McKinley
Chairman, Bradford Hospital Foundation
23 Orchard Valley
Bradford, PA 16701
814-368-7135

Information about actions and discussions of BRMC Board while a member of Board.

157953.3
November 21, 2006

39. Madeline Miles
    Community Member
    184 Derrick Road
    Bradford, PA 16701
    814-368-7217

    Information about actions and discussions of BRMC Board while a member of Board.

40. Narayan Nayak, M.D.
    Pediatrician
    195 Pleasant Street
    Bradford, PA 16701
    814-368-5615

    Information about actions and discussions of BRMC Board while a member of Board.

41. Edwin Pecht
    5 Vista Circle
    Bradford, PA 16701
    814-362-7781

    Information about actions and discussions of BRMC Board while a member of Board.

42. Thomas Urban
    Beacon Light Behavioral Health System
    800 East Main Street
    Bradford, PA 16701
    814-362-6565

    Information about actions and discussions of BRMC Board while a member of Board.

43. Mark Welch, M.D.
    Medical Staff Vice President
    BRMC Diagnostic Imaging
    116 Interstate Parkway
    Bradford, PA 16701
    814-362-8600

    Information about actions and discussions of BRMC Board while a member of Board.

44. Michael Schuler
    Special Board Advisor
    Westny Building Products Co.
    2580 Walden Avenue
    Buffalo, NY 14225-4791
    716-681-2000

    Information about actions and discussions of BRMC Board while a member of Board.

45. Craig Hartburg
    Servco Services, Inc.
    52 Davis Street
    Bradford, PA 16701
    814-368-7022

    Information about actions and discussions of BRMC Board while a member of Board.

46. Anita Herbert, M.D.
    BRMC Occ. Health Dept.
    116 Interstate Parkway
    Bradford, PA 16701
    814-362-2010

    Information about actions and discussions of BRMC Board while a member of Board and relating to BRMC's Policy on Physicians with Competing Interests while President of the Medical Staff.

47. Alan J. Steinberg, Esquire
    Horty, Springer & Mattern, P.C.
    4614 Fifth Avenue
    Pittsburgh, PA 15213
    412-687-7677

    Information concerning nonprivileged communications between counsel for BRMC and V&S, and Drs. Saleh and Vaccaro, regarding the application of BRMC's Policy on Physicians with Competing Interests to Drs. Saleh and Vaccaro and the lease of imaging equipment by BRMC from V&S.

48. Edward J. Kabala, Esquire
    Fox, Rothschild, LLP
    Dominion Tower
    625 Liberty Avenue, 29th Floor
    Pittsburgh, PA 15222
    412-391-1334

    Information concerning nonprivileged communications between counsel for BRMC and V&S, and Drs. Saleh and Vaccaro, regarding the application of BRMC's Policy on Physicians with Competing Interests to Drs. Saleh and Vaccaro and the lease of imaging equipment by BRMC from V&S.

49. Marc S. Raspanti, Esquire
    Miller, Alfano & Raspanti, P.C.
    Suite 3402
    1818 Market Street
    Philadelphia, PA 19103

    Information concerning nonprivileged communications between counsel for BRMC and V&S, and Drs. Saleh and Vaccaro, regarding the application of BRMC's Policy on Physicians with Competing Interests to Drs. Saleh and Vaccaro.

50. Jodeen M. Hobbs, Esquire
    Miller, Alfano & Raspanti, P.C.
    Suite 3402
    1818 Market Street
    Philadelphia, PA 19103

    Information concerning nonprivileged communications between counsel for BRMC and V&S, and Drs. Saleh and Vaccaro, regarding the application of BRMC's Policy on Physicians with Competing Interests to Drs. Saleh and Vaccaro.

51. Kevin Raphael, Esquire
    Miller, Alfano & Raspanti, P.C.
    Suite 3402
    1818 Market Street
    Philadelphia, PA 19103

    Information concerning nonprivileged communications between counsel for BRMC and V&S, and Drs. Saleh and Vaccaro, regarding the application of BRMC's Policy on Physicians with Competing Interests to Drs. Saleh and Vaccaro.

52. Any expert or other witnesses who will be subsequently disclosed by Defendants.

53. Other present or former officers, employees or directors of BRMC.

54. Any persons identified in the Relators' Rule 26 disclosures.

55. All witnesses identified in the Rule 26 disclosures of V & S Medical Associates, Dr. Vaccaro, and/or Dr. Saleh.

56. Any witnesses identified in the documents produced by the parties.

57. Any experts or other witnesses who will be subsequently disclosed by the parties.

**(B)** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The following documents, described by category, are in the possession of the Bradford Regional Medical Center Administration Offices located at 116 Interstate Parkway, Bradford, PA 16701-0218.

1. Documents relating to lease of nuclear imaging equipment by BRMC from V&S.

2. Documents relating to BRMC's Policy on Physicians with Competing Interests and its application to Drs. Saleh and Vaccaro.

3. Medicare, Medicaid and CHAMPUS Cost Reports filed by BRMC.

4. Claims for payment from Medicare, Medicaid and CHAMPUS submitted by BRMC.

5. Documents related to discussions between BRMC and members of its medical staff regarding the possibility of forming a joint venture to provide imaging services under arrangement to BRMC.

6. Documents relating to Dr. Singh.

7. Documents relating to Dr. Kirsch.

8. Documents relating to Dr. Nadella.

9. Documents relating to Dr. Jacobs.

10. Correspondence, including letters, faxes and e-mails.

11. Agreements, leases, and drafts thereof, and related documents.

12. Financial and accounting records.

**(C)** **A computation of any category of damages claimed by the disclosing party and the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**(D)** **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Defendants reserve the right to supplement or correct the above disclosures to the extent not prohibited by the Federal Rules of Civil Procedure.

Respectfully submitted this 21st day of November 2006.

*/s/ Daniel M. Mulholland III*
Daniel M. Mulholland III
Henry M. Casale
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213
(Phone) 412-687-7677
(Facsimile) 412-687-7692
(E-Mail) dmulholland@hortyspringer.com
(E-Mail) hcasale@hortyspringer.com

**ATTORNEYS FOR DEFENDANT**
**BRADFORD REGIONAL MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on each of the following attorneys via First Class United States Mail on the date set forth below:

Carl J. Rychcik, Esquire
Fox Rothschild LLP
625 Liberty Avenue
29th Floor
Pittsburgh, PA  15222-3115

Andrew M. Stone, Esquire
Stone & Stone
828 Frick Building
437 Grant Street
Pittsburgh, PA  15219

G. Mark Simpson, Esquire
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA  30236

Robert L. Eberhardt, Esquire
United States Attorney's Office
Civil Division
USPO & Courthouse
Pittsburgh, PA  15219

Michael Granston, Esquire
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

November 26, 2006

Daniel M. Mulholland III