IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-186-E |
| v. | ) ) ) ) | JUDGE COHILL |
| BRADFORD REGIONAL MEDICAL CENTER, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs-Relators and Defendants hereby jointly request that the Court temporarily stay all proceedings in this case, including all pending deadlines for the filing of pleadings, all pending deadlines under the Court's Amended Case Management Order dated May 23, 2007, and all scheduled hearings and status conferences. In support, the parties show that they have agreed to mediate this case in an attempt to see if it can be resolved by settlement. The parties are currently considering the selection of a mediator and a mutually convenient date for the mediation. The parties anticipate that they will be able to select a mediator and conduct the mediation in the next several weeks. In light of their agreement to mediate, the parties believe that it would be appropriate to temporarily stay all proceedings in this case, in order to avoid unnecessary expenditure of time and resources by the parties and the Court. Accordingly, the parties hereby request that the Court enter the attached order staying all proceedings pending the mediation.

This 13th day of September, 2007.

Respectfully submitted,

/s/ Andrew M. Stone
Andrew M. Stone
Stone & Stone
828 Frick Bldg. 437 Grant Street
Pittsburgh, Pa. 15219
Phone: (412) 391-2005
Fax: (412) 391-0853
astone@stones2.com
Attorney for Plaintiff

/s/ Daniel M. Mulholland III
Daniel M. Mulholland III
Horty, Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
Phone: (412) 687-7677
Fax: (412) 687-7692
DMulholland@hortyspringer.com
Attorneys for Defendant Bradford Regional Medical Center

/s/ G. Mark Simpson
G. Mark Simpson
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA 30236
Phone: (678) 610-1994
Fax: (678) 302-8721
mark@marksimpsonlaw.com
Attorney for Plaintiff

/s/ Carl J. Rychcik
Carl J. Rychcik
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Phone: (412) 391-1334
Fax: (412) 391-6984
crychcik@foxrothschild.com
Attorneys for Defendants V&S Medical Associates, LLC, Peter Vaccaro, M.D., and Kamran Saleh, M.D