IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, et al., <br><br> Defendants. | CIVIL ACTION NO. 04-186-E <br><br> JUDGE COHILL |

## ORDER

The parties having filed a Joint Motion to Stay Proceedings, it is hereby ordered that all proceedings in this case, including all pending deadlines for the filing of pleadings, all pending deadlines under the Court's Amended Case Management Order dated May 23, 2007, and all scheduled hearings and status conferences, are hereby stayed until further notice. The parties shall notify the Court of the results of the anticipated mediation, and, if necessary, the Court will issue a revised scheduling order at a future date.

This 13th day of September, 2007. *The parties shall report to the court no less than three weeks after conclusion of the mediation.*

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
United States District Judge