IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, *ex rel.*,<br>DILBAGH SINGH M.D.,<br>PAUL KIRSCH, M.D.,<br>V. RAO NADELLA, M.D., and<br>MARTIN JACOBS, M.D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRADFORD REGIONAL MEDICAL<br>CENTER, V & S MEDICAL<br>ASSOCIATES, LLC,<br>PETER VACCARO, M.D.,<br>KAMRAN SALEH, M.D., and<br>DOES I through XX,<br><br>    Defendants. | Civil No. 04-186 Erie |

### Order Lifting Stay, Setting Response, and Scheduling Hearing

This case has been stayed since September 13, 2007, while the parties pursued mediation. The parties have informed the Court that they were unable to settle this case through mediation and therefore we will lift the stay and this action shall be permitted to proceed.

A separate Case Management Order will be issued extending fact discovery to April 4, 2008. In addition, there are several outstanding discovery disputes currently pending before the Court. Defendants Bradford Regional Medical Center's ("BRMC"), V & S Medical Associates, LLC, Peter Vaccaro, and Kamran Saleh have filed a Joint Motion to Compel Relators to Answer Deposition Questions and Produce Documents. (Doc. 85.) The parties are also disputing whether the Relators are permitted to depose BRMC's counsel, Daniel Mulholland, Esquire. Although not a discovery dispute, it is also apparent that the parties disagree about the parameters of their protective order with respect to the sealing of documents or portions of documents. Therefore, a hearing will be set to address the following issues:

       1. Defendants' Joint Motion to Compel Relators to Answer Deposition Questions and Produce Documents;

       2. Whether Relators should be permitted to depose any attorneys in this case; and

       3. The parties' disagreements regarding the sealing of documents.

The parties should be fully prepared to argue their positions at this hearing. The hearing will be held in Courtroom 8A, United States Courthouse & Post Office, 700 Grant Street, Pittsburgh, Pennsylvania, 15219. Because of the obvious communication problems in this case and the legal fencing occurring on paper, all counsel are required to be present for this hearing. The United States chose not to intervene in this action and is not involved in any of the instant issues. Therefore, the attorney for the United States is not required to be present at this hearing.

       The following Order is hereby entered.

       AND NOW, to-wit, this __27th__ day of December, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the Temporary Stay in this case be and hereby is lifted.

       IT IS FURTHER ORDERED that a hearing is set for <u>Tuesday, February 12, 2008</u> at <u>11:30 a.m.</u> in Courtroom 8A of the United States Courthouse & Post Office, 700 Grant Street, Pittsburgh, Pennsylvania. Ninety minutes will be set aside for the hearing.

       IT IS FURTHER ORDERED that the Relators shall file a response to Defendants' Joint Motion to Compel Relators to Answer Deposition Questions and Produce Documents no later than January 22, 2008.

                                                      _Maurice B. Cohill, Jr._
                                                        Maurice B. Cohill, Jr.
                                                        United States District Court Judge

cc:      Counsel of Record