IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, <br> DILBAGH SINGH M.D., <br> PAUL KIRSCH, M.D., <br> V. RAO NADELLA, M.D., and <br> MARTIN JACOBS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, <br> PETER VACCARO, M.D., <br> KAMRAN SALEH, M.D., and <br> DOES I through XX, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 04-186 Erie <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SECOND AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this __27th__ day of __Dec__, 2007, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The parties shall complete fact discovery on or before __April 4, 2008__. All interrogatories, depositions, requests for admissions and requests for production shall be served with sufficient time to allow responses to be completed prior to the close of discovery.

2. Plaintiff shall serve expert disclosures on or before __May 5, 2008__. Defendants shall serve their expert disclosures on or before __June 5, 2008__. Expert depositions shall be completed by __June 30, 2008__.

3. In accordance with LR 16.1.2(A)(4), a post-discovery status conference shall be held within thirty (30) days after the completion of discovery.

*/s/ Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge