IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, *ex rel.*,<br>DILBAGH SINGH M.D.,<br>PAUL KIRSCH, M.D.,<br>V. RAO NADELLA, M.D., and<br>MARTIN JACOBS, M.D.,<br><br>    Plaintiffs,<br><br>        v.<br><br>BRADFORD REGIONAL MEDICAL<br>CENTER, V & S MEDICAL<br>ASSOCIATES, LLC,<br>PETER VACCARO, M.D.,<br>KAMRAN SALEH, M.D., and<br>DOES I through XX,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 04-186 Erie<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Order Rescheduling Hearing

AND NOW, to-wit, this __21st__ day of February, 2008, it is hereby ORDERED that the hearing set for Tuesday, February 12, 2008, at 11:30 a.m. in Pittsburgh, which was cancelled due to the closure of the Courthouse, is hereby reset for Tuesday, March 11, 2008, at  10:00 a.m.  in Courtroom A of the Federal Courthouse, 17 South Park Row, Erie, Pennsylvania, 16501.

Maurice B. Cohill, Jr.
United States District Court Judge

cc:    Counsel of Record