# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States ex. rel. )
Singh et al )
)
)
vs. )   Civ. No. 04-186 Erie
Bradford Regional Medical )
Center, et al. )
)
Defendants )

HEARING ON   Discovery Motions

Before   MAURICE B. Cohill, JR.

ANDREW STONE, Esq.                     DANIEL Mulholland, Esq. (BRMC)
MARK SIMPSON, Esq.                     CARL Rychick, Esq. (Vts Med. Assocs,
                                                            Vaccaro + Saleh)

Appear for Plaintiff                   Appear for Defendant

Hearing Begun  3/11/2008  10:10 a.m.   Hrg Adjourned to

Hrg concluded C.A.V.  10:50 a.m.       Stenographer  PATRICIA Sherman

## WITNESSES
For Plaintiff                          For Defendant

(1) Parties agreed that all documents filed under seal can be unsealed. (Does NOT apply to Government Filings or documents already ruled on)

(2) Plaintiffs to turn over disclosure statement to Defendants. Re Joint Motion to Compel (Doc. 85)

(3) Plaintiffs not permitted to depose D. Mulholland, Esq. at this time, but may argue that deposition is needed later if necessary.