IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,<br><br>Relators,<br><br>v.<br><br>BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-186E<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR SUMMARY JUDGMENT OF BRADFORD REGIONAL MEDICAL CENTER

AND NOW, comes Defendant Bradford Regional Medical Center ("BRMC"), by and through its counsel, and files this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, stating in support thereof the following:

1. There is no direct or indirect financial relationship between BRMC and either Dr. Saleh or Dr. Vaccaro as defined by the so-called "Stark Law" and regulations thereunder. 42 U.S.C. § 1395nn.

2. Even if the Stark Law did apply to certain transactions entered into by the Defendants which were alleged to form the basis of Relators' Complaint, those transactions would fit within one or more exceptions set forth in the regulations implementing the Stark Law, and thus be permitted.

3. The Stark Law does not apply to claims submitted to payors other than Medicare and Medicaid.

4. Any financial relationship between BRMC and V&S Medical Associates and/or Drs. Saleh and Vaccaro fits within applicable safe harbors promulgated by the Office of Inspector General of the federal Department of Health and Human Services, 42 C.F.R. § 1001.952, and thus does not violate the so-called Anti-Kickback statute, 42 U.S.C. § 1320a-7b.

5. BRMC made no certifications of compliance with the Stark Law or Anti-kickback statute when it submitted claims to Medicare, Medicaid or any other federal health care program.

6. BRMC has not violated the False Claims Act.

7. The pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, demonstrate no genuine issue as to any material fact.

8. BRMC is entitled to a judgment as a matter of law.

WHEREFORE, for the reasons stated above, as more fully explained in BRMC's Memorandum in Support of this Motion, it is respectfully requested that this Motion be granted and that the Relators' Complaint be dismissed, with prejudice.

September 10, 2008

Respectfully submitted,

*Daniel M. Mulholland III*

Daniel M. Mulholland III
Pennsylvania ID No. 28806

HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
Phone: (412) 687-7677
Fax: (412) 687-7692
dmulholland@hortyspringer.com

Attorney for Defendant
Bradford Regional Medical Center

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date he served the following with a copy of the foregoing Motion for Summary Judgment by e-mail via the Court's ECF system and by first class United States mail, addressed as follows:

> Andrew M. Stone, Esquire
> Allegheny Building, Suite 1400
> 429 Grant Street
> Pittsburgh, PA  15219
>
> G. Mark Simpson, Esquire
> Simpson Law Firm, LLC
> 165 North Main Street
> Jonesboro, GA  30236
>
> Carl J. Rychcik, Esquire
> Fox Rothschild, LLP
> 625 Liberty Avenue, 29th Floor
> Pittsburgh, PA  15222
>
> Paul E. Skirtich, Esquire
> Assistant U.S. Attorney
> Western District of Pennsylvania
> U.S. Post Office & Courthouse
> 700 Grant Street, Suite 4000
> Pittsburgh, PA 15219

September 10, 2008

_____
Daniel M. Mulholland III

173390.2