IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BRADFORD REGIONAL MEDICAL CENTER, et al., <br><br>　　　　Defendants. | ) ) ) ) ) ) CIVIL ACTION NO.  04-186-E ) ) JUDGE COHILL ) ) ) ) ) ) ) ) |

**APPENDIX IN SUPPORT OF RELATORS'
MOTION FOR SUMMARY JUDGMENT**

G. Mark Simpson
GA647725
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA 30236
Phone: (678) 610-1994
Fax: (678) 302-8721
mark@marksimpsonlaw.com

Andrew M. Stone
PA35176
Stone Law Firm, LLC
1806 Frick Building
437 Grant Street
Pittsburgh, Pa. 15219
Phone: (412) 391-2005
Fax: (412) 391-0853
andrew.stonelawfirm@gmail.com
Attorneys for Plaintiffs/Relators

Table of Contents

| Doc. No. | Description |
|---|---|
| 1 | George Leonhardt Deposition |
| 2 | BRMC 30(b)(6) Deposition |
| 3 | Kamran Saleh Deposition |
| 4 | Peter Vaccaro Deposition |
| 5 | Edward Kabala Deposition |
| 6 | Allen Steinberg Deposition |
| 7 | Charles Day report (Leonhardt Dep., Ex. 4; BRMC 30(b)(6) Dep., Ex. 14) |
| 8 | Summary (Leonhardt Dep., Ex. 5) |
| 9 | 2/15/02 letter (Leonhardt Dep., Ex. 6) |
| 10 | Philips lease documents (Leonhardt Dep., Ex. 7) |
| 11 | 10/2/03 letter (Leonhardt Dep., Ex. 8) |
| 12 | Equipment Sublease (Leonhardt Dep., Ex. 9; Saleh Dep., Ex. 32) |
| 13 | Emails (Leonhardt Dep., Ex. 10) |
| 14 | 3/25/03 memo (Leonhardt Dep., Ex. 12) |
| 15 | Top 15 Referral Sources memo (Leonhardt Dep., Ex. 13) |
| 16 | Top 15 Referral Sources memo (Leonhardt Dep., Ex. 14) |
| 17 | 8/31/04 email (Leonhardt Dep., Ex. 15) |
| 18 | 7/30/01 letter (Saleh Dep., Ex. 4) |
| 19 | 1/23/02 fax (Saleh Dep., Ex. 5) |
| 20 | 2/15/02 letter (Saleh Dep., Ex. 7; Leonhardt Dep., Ex. 6) |
| 21 | 5/20/02 letter (Saleh Dep., Ex. 8) |

| | |
|---|---|
| 22 | 6/11/02 letter (Saleh Dep., Ex. 9) |
| 23 | 6/26/02 letter (BRMC 30(b)(6) Dep., Ex. 11; Saleh Dep., Ex. 11) |
| 24 | 1/10/03 letter (BRMC 30(b)(6) Dep., Ex. 10) |
| 25 | 1/13/03 fax (Saleh Dep., Ex. 14) |
| 26 | 1/17/03 letter (Saleh Dep., Ex. 15) |
| 27 | 2/5/03 letter (Saleh Dep., Ex. 16; Kabala Dep., Ex. 3) |
| 28 | 3/14/03 letter (BRMC 30(b)(6) Dep., Ex. 15) |
| 29 | 3/20/03 letter (Saleh Dep., Ex. 21) |
| 30 | Nuclear Cardiology Referrals (BRMC 30(b)(6) Dep., Ex. 16) |
| 31 | BRMC Non-Compete Analysis (BRMC 30(b)(6) Dep., Ex. 17) |
| 32 | Financial Impact Data (BRMC 30(b)(6) Dep., Ex. 18) |
| 33 | Background and TimeLine (BRMC 30(b)(6) Dep., Ex. 19) |
| 34 | 10/15/04 email (BRMC 30(b)(6) Dep., Ex. 23) |
| 35 | 4/16/04 email (BRMC 30(b)(6) Dep., Ex. 24) |
| 36 | 10/29/01 memo re V&S financial impact (BRMC 30(b)(6) Dep., Ex. 26) |
| 37 | 4/16/03 Agreement (Saleh Dep., Ex. 31) |
| 38 | GE lease documents (Saleh Dep., Ex. 33) |
| 39 | 3/14/03 fax (Kabala Dep., Ex. 1; Steinberg Dep., Ex. 1) |
| 40 | 2/11/03 letter (Leonhardt Dep., Ex. 2; Saleh Dep., Ex. 17) |
| 41 | Billing documents (Saleh Dep., Ex. 30) |
| 42 | V&S's responses to Relators' First Interrogatories |
| 43 | BRMC's responses to Relators' First Interrogatories |
| 44 | BRMC's responses to Relators' Second Interrogatories |

| | |
|---|---|
| 45 | BRMC's responses to Relators' Second Request for Admissions |
| 46 | Exhibit A to Relators' Second Request for Admissions (selected pages, redacted) |
| 47 | Exhibit B to Relators' Second Request for Admissions (selected pages, redacted) |
| 48 | BRMC's responses to Relators' Third Interrogatories |
| 49 | BRMC's responses to Relators' Second Request for Production |
| 50 | Declaration of G. Mark Simpson |

This 10th day of September, 2008.

/s/ G. Mark Simpson  
G. Mark Simpson  
GA647725  
Simpson Law Firm, LLC  
165 North Main Street  
Jonesboro, GA 30236  
Phone: (678) 610-1994  
Fax: (678) 302-8721  
mark@marksimpsonlaw.com  

/s/ Andrew M. Stone  
Andrew M. Stone  
PA35176  
Stone Law Firm, LLC  
1806 Frick Building  
437 Grant Street  
Pittsburgh, Pa. 15219  
Phone: (412) 391-2005  
Fax: (412) 391-0853  
andrew.stonelawfirm@gmail.com  
Attorneys for Plaintiff

Certificate of Service

      I hereby certify that on September 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

      Daniel M. Mulholland, III
      Carl J. Rychcik
      Jay D. Marinstein
      Paul E. Skirtich

This 10th day of September, 2008.

      Respectfully submitted,

      /s/ G. Mark Simpson
      G. Mark Simpson
      Georgia Bar No. 647725
      Simpson Law Firm, LLC
      165 North Main Street
      Jonesboro, Georgia 30236
      Phone: (678) 610-1994
      Fax: (678) 302-8721
      mark@marksimpsonlaw.com
      Attorney for Plaintiff