IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* **DILBAGH SINGH, M.D., PAUL KIRSCH, M.D., V. RAO NADELLA, M.D., and MARTIN JACOBS, M.D.,** | : : Civil Action No. 04-186E : : : The Honorable Judge Cohill : |
| **Relators,** | : : |
| v. | : : |
| **BRADFORD REGIONAL MEDICAL CENTER, V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D., KAMRAN SALEH, M.D., and DOES I through XX,** | : : : : : : : |
| **Defendants.** | : |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of V&S Medical Associates, LLC, Peter Vaccaro, M.D. and Kamran Saleh, M.D.'s Motion for Summary Judgment (the "Motion"), Concise Statement of Material Facts In Support of Their Motion For Summary Judgment Under Local Rule 56.1, Memorandum of Law in Support of Their Motion for Summary Judgment, and Appendix thereto, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The Clerk of Court is hereby directed to enter judgment in favor of Defendant V&S Medical Associates, LLC, Peter Vaccaro, M.D. and Kamran Saleh, M.D. and against Plaintiffs as to all claims raised in the above-captioned Complaint. It is further ordered that the above-captioned action is dismissed with prejudice as to these Defendants.

_____ J.