IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> DILBAGH SINGH, M.D., <br> PAUL KIRSCH, M.D., <br> V. RAO NADELLA, M.D., and <br> MARTIN JACOBS, M.D., <br><br> Relators, <br><br> v. <br><br> BRADFORD REGIONAL <br> MEDICAL CENTER, <br> V & S MEDICAL ASSOCIATES, LLC, <br> PETER VACCARO, M.D., <br> KAMRAN SALEH, M.D., <br> and DOES I through XX, <br><br> Defendants. | Civil Action No. 04-186E <br><br> The Honorable Judge Cohill <br><br><br><br><br><br><br><br> (Filed Electronically) |

APPENDIX OF EXHIBITS IN SUPPORT OF
V & S MEDICAL ASSOCIATES, LLC, PETER VACCARO, M.D. AND
KAMRAN SALEH, M.D.'S  MOTION FOR SUMMARY JUDGMENT

EXHIBIT  A – Selected Pages from the Deposition Transcript of Kamran Saleh, M.D., dated August 9, 2007.

EXHIBIT  B – Affidavit of Kamran Saleh.

EXHIBIT  C – Affidavit of Peter Vaccaro.

EXHIBIT  D – Selected Pages from the Deposition Transcript of Peter Vaccaro, M.D., dated August 9, 2007.

EXHIBIT  E – Selected Pages from the Deposition Transcript of the Corporate Designee of Bradford Regional Medical Center, dated July 26, 2007.

EXHIBIT  F – Policy On Physicians With Competing Financial Interests, dated May 23, 2001 (HOSP 0004321-0004333).

EXHIBIT  G – Selected Pages from the Deposition Transcript of George Leonhardt, dated April 1, 2008.

EXHIBIT  H – Selected Pages from the Deposition Transcript of Edward Kabala, dated April 3, 2008.

PT1 418501v1 09/10/08

EXHIBIT I – Equipment Sublease, dated October 1, 2003 (V&S 00300-00318).

EXHIBIT J – Selected Pages from the Deposition Transcript of Sal A. Barbera, dated July 1, 2008.

EXHIBIT K – Report of Charles T. Day, CPA (HOSP 0007431-0007448).

EXHIBIT L – Letter from Drs. Saleh and Vaccaro to George Leonhardt, dated October 2, 2003 (HOSP 0004229).

EXHIBIT M – V&S Billing Statements and Receipts (V&S 03154-03170).

EXHIBIT N – Selected Pages from the Deposition Transcript of V. Rao Nadella, M.D., dated August 20, 2007.

EXHIBIT O – Selected Pages from the Deposition Transcript of Dilbagh Singh, M.D., dated August 21, 2007.

EXHIBIT P – Selected Pages from the Deposition Transcript of Martin David Jacobs, M.D., dated August 21, 2007.

EXHIBIT Q – Selected Pages from the Deposition Transcript of Paul B. Kirsch, M.D., dated August 20, 2007.

EXHIBIT R – Expert Report of James H. Jordon, CFA, ASA, dated June 5, 2008.

EXHIBIT S – Selected Pages from the Deposition Transcript of James H. Jordon, dated July 2, 2008.

          Respectfully submitted,

          FOX ROTHSCHILD LLP

Dated: September 10, 2008          s/Carl J. Rychcik
          Carl J. Rychcik
          PA. I.D. # 73754
          FOX ROTHSCHILD LLP
          625 Liberty Avenue, 29th Floor
          Pittsburgh, Pa 15222
          Phone: (412) 394-5549
          crychcik@foxrothschild.com

          Attorneys for Defendants
          V & S Medical Associates, LLC
          Peter Vaccaro, M.D.
          Kamran Saleh, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2008, a true and correct copy of the foregoing Appendix of Exhibits in Support of V & S Medical Associates, LLC, Peter Vaccaro, M.D. and Kamran Saleh, M.D.'s Motion for Summary Judgment was served via the Court's ECF transmission facilities upon the following counsel of record:

Andrew M. Stone
Allegheny Building, Suite 1400
429 Grant Street
Pittsburgh, PA  15219
astone@stones2.com

G. Mark Simpson
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA  30236
mark@marksimpsonlaw.com

Paul E. Skirtich
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
paul.skirtich@usdoj.gov

Daniel M. Mulholland, III
Horty, Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, PA  15213
dmulholland@hortyspringer.com

                                              s/Carl J. Rychcik