# EXHIBIT L

# V & S MEDICAL ASSOCIATES

Peter Vaccaro, M.D.
Kamran Saleh, M.D.
Qazi Jamil, M.D.

24 WEST WASHINGTON STREET
BRADFORD, PENNSYLVANIA 16701-0797
Telephone (814) 368-1000

October 2, 2003

**CONFIDENTIAL**

George Leonhardt, President/CEO
Bradford Regional Medical Center
116 Interstate Parkway
Bradford, PA 16701

RE: Summary of charges for Nuclear Outpatient Testing

Dear George:

This letter indicates the monthly charges for the nuclear facility while located at V&S Medical Associates:

| | |
|---|---|
| Rent | $2,500.00/month |
| Includes electric/cleaning/snow removal/garbage | |
| Billing | 10% of total receipts |
| Laundry | |
| Telephone | |
| Internet Charges (cable) | $24.00/month |
| Secretarial support | 20 hrs per week @ $10/hr |

The laundry and telephone charges would change monthly according to the charges from Verizon and Bradford Laundry. We would like to sell to the hospital the Archive system at a cost of $2,000.00 and the hot lab at a cost of $1,800.00. Please do not hesitate to contact us with any questions. The above monthly costs will be due on the 30th of each month.

Sincerely,

Kamran Saleh, MD

Peter Vaccaro, MD

KS:sp

DEPOSITION EXHIBIT

DEPOSITION EXHIBIT
Leonhardt
# 8

HOSP 0004229