# EXHIBIT M

# EXHIBIT M

**V&S MEDICAL ASSOCIATES**
**24 WEST WASHINGTON STREET**
**BRADFORD, PA 16701**
**(814)368-1000**

25-1855052

S T A T E M E N T

October 2003

| | | |
|---|---|---|
| Rent | | $ 2,500.00 |
| Internet Charges | | 24.00 |
| Secretarial Support | | 1,000.00 |
| Giamuso (Physicist) | | 440.00 |
| Laundry | | 70.00 |
| Telephone | | Pending |
| Supplies per test: | | |
| Cardolite tests costs | 14 tests | 288.68 |
| Adenosine tests | 18 tests | 511.56 |
| Hepatobillary | 1 test | 11.40 |
| Whole Body Bone | 3 tests | 34.20 |
| Total | | $4,879.84 |

(Above testing does not include medicine. That total will be taken from the receipts as the medicine is paid at cost by the insurer.)

No receipts as of this date.

Payment due upon receipt.

7240.405 - 845 84
7240.750 - 2500.00
7240.655 - 1534.00

Ck #163855

DEPOSITION EXHIBIT
Saleh
89-07 30 jah

Confidential
V&S 03154

THIS IS WATERMARKED PAPER · DO NOT ACCEPT WITHOUT NOTING WATERMARK · HOLD TO LIGHT TO VERIFY WATERMARK

BRADFORD REGIONAL MEDICAL CENTER

116 INTERSTATE PARKWAY BRADFORD, PA 16701

CHECK NO. 163855

NATIONAL CITY BANK OF PENNSYLVANIA

| CHECK DATE | | AMOUNT |
|---|---|---|
| 11/06/03 | ****4879 AND 84/100 DOLLARS | $****4,879.84 |

COUNTERSIGNATURE REQUIRED BELOW FOR AMOUNTS OVER $5,000.

PAY TO THE ORDER OF: V & S MEDICAL ASSOCIATES
W. WASHINGTON ST
Bradford PA 16701

BRADFORD REGIONAL MEDICAL CENTER

AUTHORIZED SIGNATURE

⑈ 163855⑈ ⑆043000122⑆ 0018035972⑈ ⑈0000487984⑈

Confidential
V&S 03155

V&S MEDICAL ASSOCIATES
24 WEST WASHINGTON STREET
BRADFORD, PA 16701
(814)368-1000

STATEMENT

November 2003

| | | |
|---|---|---:|
| Rent | | $ 2,500.00 |
| Internet Charges | | 24.00 |
| Secretarial Support | | 800.00 |
| Giamuso (Physicist) | | 440.00 |
| Laundry | | 70.00 |
| Telephone | x 2 months (October and November) | 60.00 |
| | | |
| Supplies per test: | | |
| Cardiolite test costs | 11 tests | 226.82 |
| Adenosine tets | 17 tests | 483.14 |
| Hepatobillary | 1 test | 11.40 |
| Whole Body Bone | 1 test | 11.40 |
| Kidney Scan | 1 test | 10.03 |
| Thyroid Scan | 1 test | 10.03 |
| Total | | $ 4,586.82 |

(Above testing supplies do not include medicine. That total will be taken from the receipts as the medicine is paid at cost by the insurer.)

**Payment due upon receipt.**

Confidential
V&S 03156

# RECEIPTS

| | | |
|---|---:|---:|
| Total Receipts | | $ 24,922.31 |
|    10% Billing charge for V&S | $ 2492.23 | |
|    Medication Receipts | $ 7267.97 | |
|    24% Reading charge for O'Donnell | $ 5981.35 | |
| Payment to BRMC on receipts | | $ 9,180.76 |
|    November "Rental" Statement | $ 4586.82 | |
| Actual Payment to BRMC | | $ 4,593.94 |

Confidential
V&S 03157

V&S MEDICAL ASSOCIATES
24 WEST WASHINGTON STREET
BRADFORD, PA 16701
(814)368-1000

STATEMENT

December 2003

| | | |
|---|---|---|
| Rent | | $ 2,500.00 |
| Internet Charges | | 24.00 |
| Secretarial Support | | 1,000.00 |
| Giamuso (Physicist) | | 440.00 |
| Laundry | | 70.00 |
| Telephone | | 30.00 |
| | | |
| Supplies per test: | | |
| Cardiolite test costs | 14 tests | 288.68 |
| Adenosine tets | 15 tests | 426.30 |
| Hepatobillary | 1 test | 11.40 |
| Whole Body Bone | 1 test | 11.40 |
| Spect Bone | 1 test | 11.40 |
| Thyroid Scan | 1 test | 10.03 |
| | | |
| Total | | $ 4,823.21 |

(Above testing supplies do not include medicine. That total will be taken from the receipts as the medicine is paid at cost by the insurer.)

**Payment due upon receipt.**

Confidential
V&S 03158

## RECEIPTS

| | | |
|---|---|---|
| Total Receipts | | $ 27,642.67 |
|    10% Billing charge for V&S | $ 2764.27 | |
|    Medication Receipts (Nov Med) | $ 6865.11 | |
|    24% Reading charge for O'Donnell | $ 6634.24 | |
|    Medication Receipts (Oct Meds) | $ 2238.16 | |
| Payment to BRMC on receipts | | $ 9140.89 |
| December 2003 statement | $ 4823.21 | |
| Actual Payment to BRMC | | $ 4317.68 |

Confidential
V&S 03159

**V&S MEDICAL ASSOCIATES**
**24 WEST WASHINGTON STREET**
**BRADFORD, PA 16701**
**(814)368-1000**

### STATEMENT

January 2004

| | | |
|---|---|---|
| Rent | | $ 2,500.00 |
| Internet Charges | | 24.00 |
| Secretarial Support | | 1,000.00 |
| Giamuso (Physicist) | | 440.00 |
| Laundry | | 70.00 |
| Telephone | | 30.00 |
| | | |
| Supplies per test: | | |
| Cardiolite test costs | 25 tests | 515.50 |
| Adenosine tets | 29 tests | 824.18 |
| Whole Body Bone | 2 test | 22.80 |
| Spect Bone | 3 test | 34.20 |
| Renal | 1 test | 10.03 |
| | | |
| Total | | $ 5,470.71 |

(Above testing supplies do not include medicine. That total will be taken from the receipts as the medicine is paid at cost by the insurer.)

**Payment due upon receipt.**

Confidential
V&S 03160

V&S MEDICAL ASSOCIATES
24 WEST WASHINGTON STREET
BRADFORD, PA 16701
(814)368-1000

STATEMENT

February 2004

| | | |
|---|---|---|
| Rent | | $ 2,500.00 |
| Internet Charges | | 24.00 |
| Secretarial Support | | 800.00 |
| Giamuso (Physicist) | | 440.00 |
| Laundry | | 70.00 |
| Telephone | | 30.00 |
| | | |
| Supplies per test: | | |
| Cardiolite test costs | 30 tests | 618.60 |
| Adenosine tets | 26 tests | 738.92 |
| Spect Bone | 1 test | 11.40 |
| Renal | 1 test | 10.03 |
| | | |
| Total | | $ 5242.95 |

(Above testing supplies do not include medicine. That total will be taken from the receipts as the medicine is paid at cost by the insurer.)

Payment due upon receipt.

Confidential
V&S 03161

# RECEIPTS

| | | |
|---|---|---|
| Total Receipts | | $ 42438.38 |
|    10% Billing charge for V&S | $ 4243.84 | |
|    Medication Receipts (Feb Meds) | $ 6599.06 | |
|    Medication Receipts (Jan Meds) | $ 6543.07 | |
|    Medication Receipts (Dec Meds) | $ 947.08 | |
|    24% Reading charge for O'Donnell | $ 10185.21 | |
|    Medication Receipts (Nov Meds) | $ 1024.84 | |
| Payment to BRMC on receipts | | $ 12895.28 |
| February 2004 statement | $ 5242.95 | |
| Actual Payment to BRMC | | $ 7652.33 |

Confidential
V&S 03162

V&S MEDICAL ASSOCIATES
24 WEST WASHINGTON STREET
BRADFORD, PA 16701
(814)368-1000

STATEMENT

March 2004

| | |
|---|---:|
| Rent | $ 2,500.00 |
| Secretarial Support | 1,000.00 |
| Giamuso (Physicist) | 462.00 |
| Laundry | 45.00 |
| Telephone | 30.00 |
| Total | $ 4,037.00 |

(Above testing supplies do not include medicine. That total will be taken from the receipts as the medicine is paid at cost by the insurer.)

**Payment due upon receipt.**

Confidential
V&S 03163

## RECEIPTS

Total Receipts                                        $ 29268.31

| | |
|---|---|
| 10% Billing Charge for V&S | $ 2926.83 |
| 24% O'Donnell Charge | $ 7024.39 |
| Medication Receipts (Feb Meds) | $ 6529.83 |
| Medication Receipts (Jan Meds) | $ 2034.89 |
| Medication Receipts (Dec Meds) | $ |
| Medication Receipts (Nov Meds) | $ |

Payment to BRMC on receipts                      $ 10752.37

March 2004 statement          $ 4037.00

Actual Payment to BRMC                        $ 6715.37

Confidential
V&S 03164

V&S MEDICAL ASSOCIATES
24 WEST WASHINGTON STREET
BRADFORD, PA 16701
(814)368-1000

STATEMENT

April 2004

| | |
|---|---:|
| Rent | $ 2,500.00 |
| Secretarial Support | 1,000.00 |
| Total | $ 3,500.00 |

**Payment due upon receipt.**

**Confidential
V&S 03165**

## RECEIPTS

| | | |
|---|---|---|
| Total Receipts | | $ 8173.29 |
|     10% Billing Charge for V&S | $ 817.33 | |
|     24% O'Donnell Charge | $1961.59 | |
|     Medication Receipts (Feb Meds) | $1807.47 | |
|     Medication Receipts (Jan Meds) | $ 570.45 | |
|     Medication Receipts (Dec Meds) | $ | |
|     Medication Receipts (Nov Meds) | $ | |
| Payment to BRMC on receipts | | $ 3016.45 |
|     April 2004 statement | $ 3500.00 | |
| Payment due from BRMC | | $   483.55 |

**Please remit payment upon receipt.**

Confidential
V&S 03166

V&S MEDICAL ASSOCIATES
24 WEST WASHINGTON STREET
BRADFORD, PA 16701
(814)368-1000

STATEMENT

May 2004

| | |
|---|---:|
| Rent | $ 2,500.00 |
| Secretarial Support | 1,000.00 |
| Total | $ 3,500.00 |

**Payment due upon receipt.**

**Confidential
V&S 03167**

**V&S MEDICAL ASSOCIATES**
**24 WEST WASHINGTON STREET**
**BRADFORD, PA 16701**
**(814)368-1000**

STATEMENT

June 2004

| | |
|---|---|
| Rent | $ 2,500.00 |
| No secretarial support fee | |
| Total | $ 2,500.00 |

**Payment due upon receipt.**

Confidential
V&S 03168

# RECEIPTS

Total Receipts                                              $ 30755.70

    10% Billing Charge for V&S           $ 3075.57
    24% O'Donnell Charge                 $ 7381.37
    Medication Receipts (Feb Meds)       $  178.00
    Medication Receipts (Jan Meds)       $ 7338.34
    Medication Receipts (Dec Meds)       $  644.00
    Medication Receipts (Nov Meds)       $ 1231.81

Payment to BRMC on receipts                                 $ 10863.97

    January 2004 Statement         $5470.71
    April 2004 Statement Not Paid  $ 483.55
    May 2004 statement             $3500.00
    June 2004 statement            $2500.00

Payment due from BRMC                                       $  1090.29

Confidential
V&S 03169

7:55 AM
08/09/07

# V & S MEDICAL ASSOCIATES LLC
## Vendor QuickReport
### November 7, 2003 through July 31, 2004

| Type | Date | Num | Memo | Account | Clr | Split | Amount | |
|---|---|---|---|---|---|---|---|---|
| **BRMC** | | | | | | | | |
| Check | 11/7/2003 | 4316 | | 1000 · Checking | X | 8000 · Medi... | -4.70 | |
| Check | 12/2/2003 | 4357 | | 1000 · Checking | X | 6990 · Misce... | -4,593.94 | Nov. |
| Check | 1/7/2004 | 4442 | | 1000 · Checking | X | 6300 · Profe... | -4,317.68 | Dec |
| Check | 2/10/2004 | 4522 | January | 1000 · Checking | X | 6990 · Misce... | -4,273.51 | Jan. |
| Check | 2/10/2004 | 4549 | Dr. Vaccaro | 1000 · Checking | X | 8000 · Medi... | -69.40 | |
| Check | 2/25/2004 | 4587 | 4299372 | 1000 · Checking | X | 8000 · Medi... | -94.90 | |
| Check | 3/12/2004 | 4633 | Feb,04 | 1000 · Checking | X | 6300 · Profe... | -7,652.33 | Feb |
| Check | 4/7/2004 | 4678 | March | 1000 · Checking | X | 6300 · Profe... | -6,715.37 | March |
| Check | 5/7/2004 | 1017 | 4389510 | 1001 · North Wes... | X | 8000 · Medi... | -27.85 | |
| Check | 5/13/2004 | 1041 | 4399033 | 1001 · North Wes... | X | 8000 · Medi... | -13.70 | |
| Check | 5/14/2004 | 1050 | Saleh & Va... | 1001 · North Wes... | X | 6990 · Misce... | -30.65 | |
| Check | 7/16/2004 | 1170 | Cafeteria c... | 1001 · North Wes... | X | 6410 · Meals... | -16.18 | |
| Check | 7/20/2004 | 1185 | | 1001 · North Wes... | X | 8000 · Medi... | -2,304.30 | |
| Check | 7/22/2004 | 1187 | | 1001 · North Wes... | X | 8000 · Medi... | -158.71 | |

Page 1

Confidential
V&S 03170