

# EXHIBIT P

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
             ERIE DIVISION

UNITED STATES OF AMERICA, ex rel. )
DILBAGH SINGH, M.D., PAUL KIRSCH, )
M.D., V. RAO NADELLA, M.D., and   )
MARTIN JACOBS, M.D.,              )
                                  )
            Relators,             )
                                  )   Civil Action
    vs.                           )   No. 04-186E
                                  )
BRADFORD REGIONAL MEDICAL CENTER, )
V&S MEDICAL ASSOCIATES, LLC,      )
PETER VACCARO, M.D., KAMRAN SALEH,)
M.D., and DOES I through XX,      )
                                  )
            Defendants.           )
```

DEPOSITION OF MARTIN DAVID JACOBS, M.D.

TUESDAY, AUGUST 21, 2007

Deposition of MARTIN DAVID JACOBS, M.D., called as a witness by the Defendant Bradford Regional Medical Center, taken pursuant to Notice of Deposition and the Federal Rules of Civil Procedure, by and before Joy A. Hartman, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Stone Law Firm, 1400 Allegheny Building, Pittsburgh, Pennsylvania, commencing at 3:08 p.m. on the day and date above set forth.

CONFIDENTIAL
COPY



1   Complaint?

2   A.   By material evidence, do you mean the existence

3   of the sublease agreement and the do not compete

4   agreement?

5   Q.   Do you contend that those constitute material

6   evidence of a violation?

7   A.   I do.

8   Q.   Are you aware of any other material evidence

9   that would support the claims in your complaint?

10  A.   No.

11  Q.   Have you ever seen any cost report filed by the

12  Medical Center with Medicare, Medicaid, or CHAMPUS?

13  A.   No.

14  Q.   Do you have any idea when those cost reports

15  may have been filed by the Medical Center?

16  A.   I don't know how to put this.  I know from

17  reading the Complaint that when the Medical Center

18  bills the carrier, they state that this is an honest

19  bill.  Those are in the cost reports.  They make those

20  statements.

21       To the extent that if the sublease agreement

22  and the do not complete agreement are illegal, then

23  those cost reports, which I have not seen, but I know

1  have been made, have to be illegal also.

2  Q. I think I was asking you if you knew when the
3  cost reports are filed.

4  A. No. I'm sorry. I do not.

5  Q. Have you ever seen any certification made by
6  the Medical Center to any governmental payor that was
7  part of the cost reports or any claims form?

8  A. I have not seen specific certifications.

9  Q. When you received a copy of the sublease from
10 Dr. Singh and Dr. Nadella, did you read a copy of the
11 sublease at that time?

12 A. I did at that time.

13 Q. Was it your understanding at that time that the
14 sublease was a confidential document between Bradford
15 Regional Medical Center and V&S Medical Associates?

16 A. I don't remember if that was my understanding
17 or not.

18 Q. Did you recall my questions to Dr. Singh about
19 Section 16 of the sublease?

20 A. I recall that; but I haven't looked at the
21 sublease since 2003 or 2004.

22 Q. Well, if you could please turn to Section 16 in
23 the sublease, the sublease follows page 27 in the

1  Q. I got to ask you to wait until I finish, again.
2  A. I'm sorry.
3  Q. Do you recall discussing Dr. Roumani's
4  participation in the lawsuit that you ultimately
5  filed?
6  A. I do not.
7  Q. Do you have any knowledge of any specific false
8  or fraudulent claim made by either Dr. Vaccaro, Dr.
9  Saleh or V&S Medical Associates to the Government?
10 A. Let me give you a long answer for that. As I
11 testified earlier to Mr. Mulholland, I believe that
12 once that what I believe I consider the illegal
13 sublease and do not compete agreement were signed, all
14 subsequent claims come into question and may have been
15 illegal. I don't have any knowledge of any specific
16 claim that was filed by Drs. Saleh and Vaccaro.
17 Q. Or V&S Medical Associates?
18 A. Or V&S Medical.
19 Q. Do you have any specific knowledge of any false
20 statement or fraudulent statement made by Drs. Vaccaro
21 and Saleh or V&S Medical Associates to the Government?
22 A. No.
23 Q. Do you have any specific knowledge of any false

1    or fraudulent claim or statement made by Dr. Vaccaro,
2    Dr. Saleh, or V&S Medical Associates to any other
3    third-party payor?
4        A.   No.
5        Q.   I believe you said prior to filing the
6    Complaint, you did not have any knowledge of any
7    specific false or fraudulent hospital cost reports
8    that were filed; is that correct?
9        A.   That's correct.
10       Q.   And I also believe that your testimony was that
11   you never saw any hospital cost reports filed by BRMC
12   to Medicare, Medicaid, TRICARE/CHAMPUS; is that
13   accurate?
14       A.   Yes.
15       Q.   So at any point in time, have you ever seen any
16   copies of hospital cost reports that BRMC has filed in
17   the past, with Medicare, Medicaid, TRICARE or CHAMPUS?
18       A.   I have not.
19       Q.   I believe you also testified that you are aware
20   after reading the Complaint, rather you were aware of
21   a certification contained in these documents; is that
22   accurate?
23       A.   The certification meaning -- could you be more

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

54

1  specific?  What do you mean by certification?  What
2  are you referring to?
3     Q.  You made a testimony -- or your testimony,
4  rather, earlier was that you were familiar with some
5  type of -- after reading the Complaint, you were
6  familiar with some type of a representation contained
7  in the hospital cost reports?  Do you recall
8  testifying to that?
9     A.  Could you read the -- I just don't know what
10 you mean.  I'm sorry.
11    Q.  Well, let me ask you this:  Are you familiar
12 with any certification that is contained in the
13 hospital cost reports submitted by BRMC to Medicare,
14 Medicaid, TRICARE, or CHAMPUS?
15    A.  Okay.  Now I know what you are referring to.
16 After reading the Complaint, which was prepared by my
17 attorney, I became aware that when the hospital
18 submits a cost report.  That have to make a statement
19 that we have complied with all the applicable laws.  I
20 know that is not exactly the way it is said.
21        It was my opinion that assuming that the
22 sublease agreement and the do not compete agreement
23 were improper and illegal, then all of those

1   certifications would, therefore, be improper, also;
2   but I have read no specific certification by BRMC.
3       Q.   Prior to reading the Complaint, were you
4   familiar with this certification?
5       A.   I was not.
6       Q.   Are you aware of any claims made by Dr. Saleh,
7   Dr. Vaccaro and/or V&S Medical Associates to the
8   Government for services provided that were not
9   medically necessary?
10      A.   No.
11      Q.   Are you aware of any claims submitted by Dr.
12  Vaccaro, Dr. Saleh, and/or V&S Medical Associates to
13  the Government for any claims for services that were
14  not actually provided by them?
15      A.   No.
16      Q.   Other than the sublease arrangement which
17  includes a non-compete that we have been talking about
18  here today, do you have any knowledge of any illegal
19  transactions involving Dr. Vaccaro, Dr. Saleh, and/or
20  V&S Medical Associates?
21      A.   I do not.
22      Q.   Have you ever seen a copy of the lease that V&S
23  Medical Associates had with GE Healthcare Financial?

**CONFIDENTIAL - PROTECTED HEALTH INFORMATION**

62

1           C E R T I F I C A T E

2   COMMONWEALTH OF PENNSYLVANIA    :
                                    : SS.:
3   COUNTY OF ALLEGHENY             :

4       I, Joy A. Hartman, a Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify
5   that before me personally appeared MARTIN DAVID JACOBS, M.D., the witness herein, who then was by me
6   first duly cautioned and sworn to testify the truth, the whole truth and nothing but the truth in the
7   taking of his oral deposition in the cause aforesaid; that the testimony then given by him as above set
8   forth was reduced to stenotypy by me, in the presence of said witness, and afterwards transcribed by
9   computer-aided transcription under my direction.

10      I do further certify that this deposition was taken at the time and place specified in the foregoing
11  caption, and signature was not waived.

12      I do further certify that I am not a relative of or counsel or attorney for any party hereto, nor am
13  I otherwise interested in the event of this action.

14      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Pittsburgh,
15  Pennsylvania, on this 26th day of August, 2007.

16      The foregoing certification does not apply to any reproduction of this transcript in any respect
17  unless under the direct control and/or direction of the certifying reporter.

18

19

20                          _____ Joy A. Hartman _____

21                          Joy A. Hartman, Notary Public
                            in and for the Commonwealth of
22                          Pennsylvania

23  My commission expires May 9, 2010.

*Commonwealth of Pennsylvania*
*NOTARIAL SEAL*
*JOY A. HARTMAN, Notary Public*
*City of Pittsburgh, County of Allegheny*
*My Commission Expires May 9, 2010*