# EXHIBIT
# S

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2                         ERIE DIVISION

 3
    UNITED STATES OF AMERICA, ex rel. )
 4  DILBAGH SINGH, M.D., PAUL KIRSCH, )
    M.D., V. RAO NADELLA, M.D., and   )
 5  MARTIN JACOBS, M.D.,              )
                                      )
 6              Relators,             )
                                      )   Civil Action
 7       vs.                          )   No. 04-186E
                                      )
 8  BRADFORD REGIONAL MEDICAL CENTER, )
    V&S MEDICAL ASSOCIATES, LLC,      )
 9  PETER VACCARO, M.D., KAMRAN SALEH,)
    M.D., and DOES I through XX,      )
10                                    )
                Defendants.           )
11

12          DEPOSITION OF JAMES H. JORDON

13          WEDNESDAY, JULY 2, 2008

14       Deposition of JAMES H. JORDON, called as a

15  witness by the Relators, taken pursuant to Notice of

16  Deposition and the Federal Rules of Civil Procedure,

17  by and before Joy A. Hartman, a Court Reporter and

18  Notary Public in and for the Commonwealth of

19  Pennsylvania, at the offices of Horty Springer, 4614

20  Fifth Avenue, First Floor, Pittsburgh, Pennsylvania,

21  commencing at 9:05 a.m. on the day and date above set

22  forth.

23
```

**JOHNSON and MIMLESS**
**(412) 765-0744**

COPY

CONFIDENTIAL -- PROTECTED HEALTH INFORMATION

6

1    failed, along with the auditors, the lawyers, all the

2    other parties that were involved with this particular

3    institution.

4        Q.   Who was the plaintiff?

5        A.   The plaintiff were the investors.

6        Q.   Where was this filed?

7        A.   It was filed in Texas.

8        Q.   In the --

9        A.   Houston.

10       Q.   -- Federal Court?

11       A.   I don't believe so.

12       Q.   State court.  And that has been the only time

13   you have been deposed?

14       A.   Yes.

15            MR. SIMPSON:  To start with, I would like

16            to mark as Exhibit 1 a copy of your expert

17            report, which you don't need a copy of.

18            (Jordon Deposition Exhibit No. 1 was

19   marked for identification.)

20       A.   To close the loop on that question, though, the

21   case did go to trial, and the case was dismissed

22   before it went to a jury, and it is on appeal.  That

23   is where it stands.

CONFIDENTIAL PROTECTED HEALTH INFORMATION

1  Q.   But you as an individual, did you say you were

2  dismissed before trial?

3  A.   Yes.

4  Q.   I'm going to show you Exhibit 1 and ask you to

5  look at that, and tell me, is that a copy of the

6  expert report that you rendered in this case?

7  A.   Based on page one, yes, but if I could flip it

8  just to --

9  Q.   Feel free.  I will tell you that is actually

10  the actual copy I got in the mail, not even a

11  photocopy of it or anything.

12  A.   This is a copy of my expert report.

13  Q.   You can keep that.  We will be probably

14  referring to it a good bit.

15       MR. SIMPSON:  I would like to go ahead and

16       mark as Exhibit 2 a document that was just

17       given to us this morning if I could.

18       (Jordon Deposition Exhibit No. 2 was

19  marked for identification.)

20  Q.   I am showing you Exhibit 2, which is a document

21  entitled Bradford Time Summary.  Can you tell me what

22  this is?

23  A.   My understanding was disclosure is required as

**JOHNSON and MIMLESS**
**(412) 765-0744**

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

186

C E R T I F I C A T E

COMMONWEALTH OF PENNSYLVANIA    :
                                :    SS.:
COUNTY OF ALLEGHENY             :

        I, Joy A. Hartman, a Notary Public in and for
the Commonwealth of Pennsylvania, do hereby certify
that before me personally appeared JAMES H. JORDON,
the witness herein, who then was by me first duly
cautioned and sworn to testify the truth, the whole
truth and nothing but the truth in the taking of his
oral deposition in the cause aforesaid; that the
testimony then given by him as above set forth was
reduced to stenotypy by me, in the presence of said
witness, and afterwards transcribed by computer-aided
transcription under my direction.

        I do further certify that this deposition was
taken at the time and place specified in the foregoing
caption, and signature was not waived.

        I do further certify that I am not a relative
of or counsel or attorney for any party hereto, nor am
I otherwise interested in the event of this action.

        IN WITNESS WHEREOF, I have hereunto set my hand
and affixed my seal of office at Pittsburgh,
Pennsylvania, on this 9th day of July, 2008.

        The foregoing certification does not apply to
any reproduction of this transcript in any respect
unless under the direct control and/or direction of
the certifying reporter.

*Joy A. Hartman*

Commonwealth of Pennsylvania
NOTARIAL SEAL
JOY A. HARTMAN, Notary Public
City of Pittsburgh, County of Allegheny
My Commission Expires May 9, 2010

Joy A. Hartman, Notary Public
in and for the Commonwealth of
Pennsylvania

My commission expires May 9, 2010.

JOHNSON and MIMLESS
(412) 765-0744