# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, ex rel., | ) | |
| DILBAGH SINGH et al., | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action 04-186E |
| | ) | |
| vs. | ) | |
| | ) | |
| BRADFORD REGIONAL MEDICAL | ) | |
| CENTER, et al. | ) | |

## ORDER

The Court has received from Plaintiffs-Relators a "Notice of Intent to Contest Fairness, Adequacy and Reasonableness of Settlement" [ECF #219] in the above-captioned matter. They also request discovery prior to a hearing on this matter.

AND NOW, this 18th day of August, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs-Relators shall file, on or before August 25, 2014, formal objections to the proposed settlement agreement.

S/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior District Court Judge